William Garcia
J-77945 J-1-166L
California State Prison Facility
P.O. Box 2000
Vacaville, CA. 95696

*Original*

**FILED**

Dec 05, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1.
2.
3.
4.
5.
6.
7.
8.             IN THE UNITED STATES DISTRICT COURT

9.           FOR THE EASTERN DISTRICT OF CALIFORNIA

10.

11. William Garcia,                     Case No. **2:22-cv-2159-DMC (PC)**
            Plaintiff,

12.                                      JURY TRIAL DEMANDED
                                         COMPLAINT FOR MONEY DAMAGES.
13.                                      CIVIL RIGHTS COMPLAINT BY A
                                         PRISONER.
14. VS.

15.

16. F. Mohmand; C. Rodriguez; D. Cueva;
    C. Snelling; J. Ali; J. Thurmon; C.
17. Leali; Sgt. Fisk; K. Ancheta; D. Hurtado;
    R. Brown; Dr. Osmond; Dr. BA Dhillon;
18. Nurse Reyon; and 50 (DOES).
            Defendants'                        /
19. _____

20.                       **1. JURISDICTION**

21.   Plaintiff brings this Lawsuit pursuant to 42 U.S.C. § 1983. This Court has the

22. Jurisdiction under 28 U.S.C. §§ 1331 & 1343.

23.

24.                          **II. VENUE**

25.   2. The Eastern District of California is an appropriate venue under 28 U.S.C. § 1391(b)

26. (2) because a substantial part of the events or omissions giving rise to the claims that

27. occurred in this district.

28.

### III. PREVIOUS LAWSUITS

A. Have you ever brought any other laswuits while a prisoner:  YES

B. If your answer to A is yes, how many?  Five, and one dismissed without prejudice. Describe the Lawsuit(s) in the space beliw. (IF there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.).


1. Parties to this previous ;awsuit:

Plaintiff: William Garcia

Defendants: Edward Almieda, et al.,

Court: Eastern District Fresno, CA.

Docket No. 1:03-CV-006658-LJO-SMS

Name of Judge to whom case was assigned: Lawerence J. O'Neal

Disposition: Dismissed with prejudice, Difference of Opinion

Approxmiate date of filing lawsuit: 2003, I don't know the Month.

Approximate date of disposition: March 2006?


2. Parties to this previous lawsuit:

Plaintiff: William Garcia

Defendants: Edward Almieda, et al.,

Court: Superior Court of Handford? Corcoran State Prison.

Docket No. I don't know the number.

Name of Judge to whom case was assigned: I Don't know

Disposition: Never told assumed it was dismissed they failed to advise me.

Approximate date of filing lawsuit: 2000-2006?

Approximate date of disposition: I don't know


3. Parties to this previous lawsuit:

Plaintiff: William Garcia

1.    Defendants: Ken Clark, et al.,

2.    2.Court: Eastern District, Fresno CA.

3.    3.Docket number: 1:10-CV-00447-OWW-DLB

4.    4.Name of Judge to whom case was assigned: Oliver W. Wanger-Dennis L. Beck

5.    5.Disposition: Settled

6.    6.Approximate date of filing lawsuit: August 2010

7.    7.Approximate date of disposition: June 2016

8.

9.    4. Parties to this previous lawsuit:

10.   Plaintiff: William Garcia VS. Defendants Amy Miller, et al.,

11.   2. Court: Southern District San Diego CA.

12.   3. Docket No. 14-CV-2266-BGS_LAB

13.   4. Name of Judge to whom case was assigned: Bernard G. Skomal-Larry A. Burns

14.   5. Disposition: Dismissed without prejudice, failure to exhaust-Refiled this case.

15.   6. Approximate date of filing lawsuit: 2014

16.   7. Approximate date of Disposition: May 6, 2015

17.

18.   5. parties to this previous lawsuit:

19.   Plaintiff: William Garcia

20.   Defendants: Amy Miller, et al.,

21.   2. Court: Southern District, San Diego CA.

22.   3. Docket No. I can;t find it.

23.   4. Name of Judge to whom case was assigned: I don't know, I can't find it.

24.   5. Disposition: Settled

25.   6. Approximate Date of Filing lawsuit: June of 2015

26.   7. Approximate date of Disposition: June 2016

27.

28.

1.    6. Parties to this previous lawsuit:

2.    Plaintiff: William Garcia

3.    Defendants: T. Padgett, et al.,

4.    2. Court: Eastern District Sacramento, CA.

5.    3. Docket No. 2:21-CV-00875-AC

6.    4. Name of Judge to whom case was assigned: Allison Claire

7.    5. Disposition: Just filed in May 17, 2021

8.    6. Approximate date of filing lawsuit: May 17, 2021

9.    7. Approximate date of disposition: Still pending in Court.

10.

11.             **IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

12.    A. Is there a grievance procedure available at your institution: YES

13.    B. Have you filed a grievance concerning the facts relating to this complaint? YES

14.    C. Is the girevance process completed? YES.

15.

16.

17.                 **V. PARTIES**

18.    Plaintiff William Garcia was at all times relevant to this action a prisoner incarcerated

19. at California Medical Facility, State Prison which is licated in Solono County the

20. District of the eastern district Court of California.

21.

22.    Defendant F. Mohmand, was at all times relevant to this action. F. mohmand is employed

23. as a Correctional Officer at California medical facility State Prison and she was acting

24. under color of law. F. Mohmand has a duty to ensure plaintiff's rights, health and well-

25. being and safety pf prisoners under her supervision and not cause harm or unwonton pain

26. and suffering to any one inmate in her supervision. She is sued in her official and

27. individual capacities. Defendant acted under color of Federal and State law. I believe

28. that F. Mohmand is a properly trained Officer by her supervisors who supervise her.

1. 1. Defendant C. Rodriguez, was at all times relevant to this action. C. Rodriguez is

2. employed as a Correctional Officer at California medical facility State Prison and I

3. believe and upon this belief state that she is a properly trained officer trained by her

4. Supervisors and she was acting under color of Federal and State law. C. Rodriguez has a

5. duty to ensure plaintiff's rights, health and well-being and safety of prisoners under her

6. supervision and not cause harm, or unwonton pain and suffering to any one inmate in her

7. supervision. She is sued in her official and individual capacities.

8.

9.    Defendant D. Cueva, was at all times relevant to this action. D. Cueva is employed as

10. the Warden of California Medical facility State Prison and he was acting under color of

11. Federal and State Law. D. Cueva has a duty to ensure that all of his subordinates are

12. properly trained and upon him being made aware of one of his subordinates violating, harming,

13. harassing, an inmate or his rights he has a running duty to ensure plaintiff's rights,

14. health and well-being and safety of prisoners under his supervision are not being harmed

15. by his Officers he is in charge of and endure that no harm or unwonton pain or suffering

16. come to any one inmate under his supervision by him or one of his subordinates. He is sued

17. in his individual and official capacities.

18.

19.    Defendant C. Snelling, was at all times relevant to this action. C. Snelling is employed

20. as a Associate Warden at California Medical Facility State prison and she was acting under

21. color of Federal and State law. C. Snelling has a duty to ensure that all of her subordinates

22. are properly trained and upon her being made aware of one of her subordinates violating,

23. harming, harassing, an inmate or his rights she has a running duty to ensure plaintiff's

24. rights, health and well-being and safety or prisoners under her supervision are not being

25. harmed by her officers she is in charge of and ensures that no harm or unwonton pain or

26. suffering comes to any one inmate under her supervision by her or one of her subordinates.

27. She is sued in her Official and Individual capacities.

28.

1. Defendant J. Ali, was at all times relevant to this action. J. Ali is employed as a

2. Captain at california Medical Facility State Prison and she was acting under color of

3. Federal  and State Law. J. Ali has a duty to ensure that all of her subordinates are

4. properly trained and upon her being made aware of one of her subordinates violating, harming

5. harassing, an inmate or his rights she has a running duty to ensure plaintiff's rights,

6. Health and Well-Being and safety or prisoners under her supervision are not being harmed

7. by her officers she is in charge of and ensures that no harm or unwonton pain or suffering

8. comes to any one inmate under her supervision by her or one of her subordinates. She is

9. sued in her Official and Individual capacities.

10.

11.    Defendant J. thurmon was at all times relevant to this action. J. Thurmon is employed

12. as a lieutenant at California Medical Facility State Prison and he was acting under color

13. of Federal and State Law. J. Thurmon has a duty to ensure that all of his subordinates

14. are proprely trained and upon him being made aware of one on his subordinates violating,

15. harming, harassing, an inmate or his rights he has a running duty to ensure plaintiff's

16. rights, Health and Well-Being and safety or prisoners under his supervision are not being

17. harmed by his officers he is in charge of and ensures that no harm or unwonton pain or

18. suffering comes to any one inmate under his supervision by him or one of his subordinates.

19. He is sure in his Official and Individual capacities.

20.

21.    Defendant C. Leali, was at all times relevant to this action. C. Leali is employed as

22. a Sergeant at california Medical Facility State Prison and he was acting under color of

23. Federal and State Law. C. Leali has a duty to ensure that all of his subordinates are

24. properly trained and upon him being made aware of one of his subordinates violating,

25. harming, harassing, an inmate or his rights he has a running duty to ensure plaintiff's

26. rights, Health and Well-Being and safety or prisoners under his supervision are not being

27. harmed by his officers he is in charge of and ensures that no harm or unwonton pain or

28. suffering comesto any one inmate under his supervision by him or one of his subordinates.

-5-

1. He is sued in his Official and Individual calpacities.

2.

K. Fisk

3.    Defendant Sergeant Fisk, was at all times relevant to this action. Sgt. Fisk is employed

4. as a Sergeant at California Medical Facility State Prison and she was acting under color

5. of Federal and State Law. Sgt. Fisk has a duty to ensure that all of her subordinates are

6. properly trained and upon her being made aware of one of her subordinates violating,

7. harming, harassing, an inmate or his rights she has a running duty to ensure plaintiff's

8. rights, Heanth and well-Being and safety or prisoners under her supervision are not being

9. harmed byher Officers she is in charge of and ensures that no harm or unwonton pain or

10. suffering comes to any one inmate under her supervision by her or one of her subordinates.

11. She is sued in her Official and Individual capacities.

12.

13.    Defendant K. Ancheta was at all times relevant to this action. K. Ancheta is employed

14. as a Lieutenant at California Medical facility State Prison and he was acting under color

15. of Federal and State Law. K. Ancheta has a duty to ensure that all of his subordinates

16. are properly trained and upon him being made aware of one of his subordinates violating,

17. harming, harassing, an inmate or his rights he has a running duty to ensure plaintiff's

18. rights, Health and Well-Being and safety or prisoners under his supervision are not being

19. harmed by his Officers he is in charge of and ensures that no harm or unwonton pain or

20. suffering comes to any one inmate ynder his supervision by him or one of his subordinates.

21. He is sued in his Official and Individual capacities.

22.

23.    Defendant D. Hurtado, was at all times relevant to this actiln. D. Hurtado is employed

24. as a Associate Warden at California Medical Facility State Prison and he was acting under

25. color of Federal and State law. D. Hurtado has a duty to ensure that all of his subordinates

26. are properly trained and upon him being made aware of one of his subordinates violating,

27. harming, harassing, an inmate or his rights he has a running duty to ensure plaintiff's

28. rights, Health and Well-Being and safety or prisoners under his supervision are not being

1. He is sued in his Official and Individual capacities.

2.

3. Defendant R. Brown was at all times relevant to this action. R. Brown is employed as a

4. Captain at California Medical Facility State Prison and he was acting under color of

5. Federal and State Law. R. Brown has a duty to ensure that all of his subordiantes are

6. properly trained and upon him being made aware of one of his subordinates violating,

7. harming, harassing, an inmateor his rights he has a running duty to ensure plaintiff's

8. rights, Health and Well-Beidng and safety or prisoners under his supervision are not being

9. harmed by his Officers he is in charge of and ensures that on harm or unwonton pain or

10. suffering comes to any oen inmate under his supervision by him or one of his subordinates.

11. He is sued in his Official and Individual capacities.

12.

13. Defendant Doctor Osmond, was at all times relevant to this action. Dr. Osmond is employed

14. as the Chief Medical Officer-CMO at California Medical Facility State prison and he was

15. acting under color of Federal and State law. Dr. osmond has a duty to ensure that all of

16. his subordinates are properly trained Medical personel and upon him being made aware of one

17. of his subordinates violating, harming, harassing, an inmate or his rights he has a running

18. duty to ensure plaintiff's rights, Health and Well-Being and safety or prisoners unddr his

19. supervision are not being harmed by his Officers he is in charge of and ensures that no

20. harm or unwonton pain or suffering comes to any one inmate under his supervision by him or

21. one of his subordinates. He is sued in his Official and Individual capacities.

22.

23. Defendant Doctor BA Dhillon, was at all times relevant to this action. Dr. BA Dhillon

24. is employeed as the Doctor for Unit-G-3 Wing at California medical Facility State Prison

25. and he was acting under color of Federal and State Law. Dr. BA Dhillon has a duty to ensure

26. that all of his subordinates are properly trained Medical Personel and upon him being made

27. aware of one of his subordinates violating, harming, harassing, an inmate or his rights he

28. has a running duty to ensure plaintiff's rights, Health and Well-Being and safety or

1. prisoners under his supervision are not being harmed by his Medical personel he is in

2. charge of and ensures that no harm or unwonton paon or suffering comes to any one inmate

3. under his supervision by him or one of his subordinates. He is sued in his Official and

4. Individual capacities.

5.

6.    Defendant Nurse Reyon, was at all times relevant to this action. Nures Reyon is employeed

7. as a Nurse for Unit-G-3 Wing at California Medical Facility State Prison and she was acting

8. under color of Federal and State Law. Nurse Reyon has a duty to ensure that all of her

9. subordinates are properly trained Medical Personel and upon her being made aware of one of

10. her subordinates violating, harming, harassing, an inmate or his rights she has a running

11. duty to ensure plaintiff's rights, Health and Well-Being and safety or prisoners under her

12. supervision are not being harmed by her Medical Personel she is in charge of and ensures

13. that no harm or unwonton pain ir suffering comes to any one inmate under her supervision

14. by her or one of her subordinates. She is sued in her Official and Individual capacities.

15.

16.    Plaintiff also incorporates 50 (Doe) defendants' to be named later in this action as

17. soon as plaintiff is made aware of their names. Because each one of these (DOE) Defendants'

18. were at all times relevant to this action and are employeed as CDCR employee's and they

19. have a duty to ensure plaintiff's health and well-being safety of prisoners under their

20. supervisiory positions due  not cause any harm, or unwonton pain and suffering to any one

21. inmate in their supervisory position. And each (DOE) is sued in his/her Official and

22. Individual capacities.

23.

24.    Each and everyone defendant named and un-named in this action did in fact violate

25. plaintiff's Constitutional Rights and each one of these defendants' acted in concert and

26. and hand and hand to thwart plaintiff's rights and cause a real harm to him. This was done

27. knowingly, willingly, and maliciously to cause plaintiff pain and suffering and to deny

28. plaintiff any type of due process under the Constitution of the United States of America.

1. And each one named and un-named are liable for their actions herein.

2.

3.                          VI. FACTUAL ALLIGATIONS

4.    24. I came to California Medical Facility-CMF on October 24, 2019 from Mule Creek State

5. Prison.

6.    25. I suffer from numerous medical conditions. (1). Fibromyalgia; (2) Severe degeneration

7. of my neck C-Spine. Stenosis, Spinal Stenosis, facuit Hypertrophy, buldging disc's, Narrowing

8. of the spine, spondylosos, cord flattening, Nerve root impingments, degenerative disc and

9. joint disease, arthritis, and more serious conditions related to my neck. (3) Severe Lower

10. Back Degeneration of my L-Spine and S-Spine. Stenosis, spinal stenosis, facuet hypertrophy

11. spondylosis, buldging diac's, cord flattening, impinged nerve roots, narrowing of spine,

12. Arthritis, spine pushed up against my spinal cord causing me to have drop leg on my right

13. leg, degenerative disc and joint disease, and more serious conditions related to my Lower

14. back. (4) Both of my Knees are Severely Damaged so bad that I need total knee replacement

15. on my left knee and surgery on my right. Because of this I can't walk properly or far. My

16. knees give out, loss of strength. I am left in severe pain all day in both my knees. I

17. suffer from progressive/severe Ostyoarthritis. I can't bend down, run, squat, climb stairs,

18. laying down, I can't bend my knees, laying in a fetal position causes severe pain. I am

19. denied any treatment and I am denied knee replacements claiming I am to yong and for me

20. to just suffer. (5) I have hypertension-high blood pressure. (6) I have dislimpiedia, my

21. body creats cholestorol in my blood stream which if not treated can and will cause a

22. Heart-Attack, stroke, or death. (7) I suffer from non-specific Chest Wall Pain which mimic's

23. a Heart-Attack like feeling. Pain in my chest, left arm, into my left side on my face, into

24. my left eye, and down the left side of my cheek. (8) I have White Brain Matter damage to

25. which they have refused to treat. (9) I suffer from Bi-lateral maxillary and Bi-lateral

26. ethmoid sinusitis, right maxillary sinys polyp or mucous retention cyst, several scattered

27. foci of ischemia and/or demyelination.(10) Gastritis. (11) Two Bad Hips Arthritis and Right

28. and left damage, old damage from old injuries causing me to not walk good severe pain when

1. (12) Diabetis. (13) EMG and NCV findings show 1. Abnormal NCV and EMG. 2. Evidence of right

2. ulnar and motor Neropathy. 3. Bi-lateral ulnar Neuropathy, 4. B/L C<16 Radioculapathy

3. cannot be excluded. 5. Clinical corrolation necessary.  They have never did anything for

4. this condition just leave me to suffer and stated until I can't lift my head up or my arms

5. any more  we are not going to do anything for you. (14) Severe Stomache pain. It makes me

6. feel like I am going to die and they have left me in this condition with no type of relief

7. I fear that I am going to die before I receive any help. I have been this way since

8. September of 2020 and I have been left in such severe pain that I just lay in my bed and

9. pray for death. It is so bad I don't know if I am going to live or die.

10.    26. Now, all 14 conditions merge together and they cause me such severe pain and suffering

11. I truely pray for death. I can't function in a normal daily course of living that is

12. prosperous to a healthy functional course of life. I can't do anything well. Walk, run,

13. work out, exercise, play sports, read, write, sit-up for any length of time, because of

14. the severe pain it causes. I can't hold my head up, I get suck to my stomache, severe pain

15. overwhelms me I feel like I am going to die literally I "HAVE" to lay down litterally rest

16. my neck, take the pressure off of my neck but the other pain continues.

17.    27. So at this point I was sent to California Medical Facility-CMF  to its"OUT PATIENT

18. HOUSING UNIT-OHU" OHU From this point on.  Beccause I can't function properely on a

19. General Population Yard.

20.    28. So my doctor Dr. Matharu filed the appropriate documents and provided all the

21. necessary Medical Records, Diagnostic Data out-come to support the clains and submitted

22. them to  the proper medical agency in CDCR to which is [Health Care Placement Over-Sight

23. Program-HCPOP] from this poing forward HCPOP.  This is a team of doctors who determine

24. through policy, medical history, diagnostic data, tests, and extensive diagnosis, andtests,

25. and documentation to place inmate's with severe cronic medical conditions into the proper

26. housing in CDCR. They must see if the inmate meets all of the criteria set forth to be

27. placed into specialized housing either temporary or permenant. Due to all my severe

28. medical conditions  HCPOP found me appropriate/suitable under their ploicies and procedures

1. to place me "PERMENANT" into OHU which means because of my severe chronic conditions I meet

2. the standards of care to be housed appropriately in OHU as a **PERMENANT INMATE PATIENT.**

3.     29. So I was then transfered from Mule Creek State Prison to California Medical Facility

4. State Prison into their OHU G-Wing/Unit. See Exhibit (A).

5.     30. Now, for over (7)Seven Years I was disciplinary Free. No disciplinary write ups,

6. or punishments. I had gone to the Board of Prison Hearings in 2018 while there I was told

7. to stay disciplanary free take self help classes, read a specific book and give an essay

8. on it and in 2025 I will be hopefully released on the elderly parol.

9.     31. Now, as I am in CMF's OHU Unit my conditions were slowely getting worse I contracted

10. a new condition, my severe stomache pain. I was laid up in my dorm in my bed since I

11. arrived. I did not go anywhere really only on ducats, store, and straight back to my bed

12. I was in to much pain, the doctors and nursing staff were fully aware of this. They knew

13. of my conditions, new that I could not walk far, knew I came to them suffering in severe

14. pain and I was endorced as a "PERMENANT" OHU patient. Every day I would either ring the

15. Nursing call button requesting the nurses to come to my dorm for help because of the pain

16. I am in or at pill call I would inform them and they would tend to my needs the best they

17. could. But ultimately I needed a doctor's intervention and specialists care.

18.     32. So as I was in OHU I had no disciplinary problems. I got along with both Correctional

19. Staff as well as medical staff. I had a good repore and I truely believed that they had

20. my health and well-being at hand This took place from October 24, 2019 to May 24, 2020.

21.     33. Then out of the blue they changed the Correctional Officer. C/O Gemo was removed

22. and a C/O F. Mohmand took his place. This took place on May 25 2020.

23.     34. Now, at this point I had filed a 602 grievance on the program on 5/24/20 because

24. we were all being licked down every day from 6:00am until 11:00am let out for one hour

25. then locked up until 1-1:30pm. We are the only unit/wing in CMF that this is happening to

26. no showers, phone calls, day-room, then at 11:00am you have 72 inmates fighting/arguing

27. for the phone, showers, pinning the Black inmates against the Mexicans, Whites, because

28. it is so racially unballanced here we had many altercations over the phone and showers

1. due to being locked down for 7 hours out of a 8 hour shift by CDCR Officers. I filed this

2. 602 and it was answered by a Lieutenant K. Ancheta who lied and falsified this state

3. document and tried to state that OHU health care staff utlize the allotted time from

4. 0730 to 10:00am and 11:00am to 12:00 am tp pass out medication and provide medical care

5. by health care staff, which vary depending on individual mneeds. The close custody count

6. is conducted from 12:00 to 1300 hours. This is a Misrepresentation, Program runs non-stop

7. from 6:30am Chow until 9:00PM lock-up. Everyone is out going to the canteen/store or

8. medical ducats going to yard, going to receive their pachages, going to Church, going to

9. school, going to work. The 8:00am program release all day even night except with the yard.

10. The yard runs all day but no night yard. So I wrote to the Chief Medical Officer Defendant

11. Dr. osmond, and he clearly verified that the medical department quoting: "Nursing passes

12. meds between 7-8:80(count)and they are not involved in day room access, showers, or

13. phonecalls. Please address it with custody." Because it is CDCR Staff, Custody responsible

14. for program. It has always been, but they lied falsified this 602 and violated my rights

15. in wrongly locking me down while everyone else in CMF was allowed to program and blamed

16. it on the medical dept.

17.     35. So when I sent this 602 for the final decision to the Chief Inmate Appeals on

18. 8/16/20, They had refused to return this 602 answered. I sent Three letters advising

19. the Chief of Inmate Appeals to no avail, they refused to answer and send them per

20. Departmental Operations Manual and CDCR's CCR Titile 15. See Exhibits (B)( )( )( ).

21.     36. So after I filed this 602 on 5/24/20, I was immediately targeted by Correctional

22. Officer F. Mohmand. On 5/25/20, I asked C/O F. Mohmand if we are going to be locked

23. down or are we going to have program after medication pass around 8-8:30am. She got

24. upset that I asked this question and she said get away from me and started walking

25. away. I explained to her that I had 602ed this issue of being locked down, she looked

26. at me and said "I don't care, I'll run it my way!." We were locked up from 6:30am until

27. 11:00am then locked up again until 1-1:30pm. This only took place in G-3-Wong. everyone

28. else was allowed program in CMF but us.

1.    37. The very next day at breakfast, all of a sudden my Religious kosher Meals consisting

2. of my breakfast, Lunch did not show up. All of the rest of the meals showed up. Medical

3. Diets, Regular Meals, Religious Meat Alternative-RMA or halal muslem, and Vegitarian.

4. But my Religious Kosher Meals were not ont the cart. Now, i know it is C/O F. Mohmand

5. because there was a mix up back in 12/6/19 and it was corrected and my meals were placed

6. on the food cart for delivery just as all the other meaks are. See Exhibit (c).

7.    38. So when she came at 6:30am with all the meals and passed out everyone's food

8. except for mine, she laughed at me and closed the cell door.

9.    39. So at 8:00am Pill Call I went and spoke to C/O F. Mohmand and asked her where

10. is my Religious Kosher Meals? that I am also a diabetic and I have to eat or I could

11. go into a diabetic coma. She was with a C/O B. Barboza, and they both started laughing.

12. I told her I need my food not just because I am diabetic but it is my Religious Meals

13. and part of my Religious practices, and if you are refusing to provide me with my Religious

14. meals then I need to see a Sergeant, Lieutenant, or captain, that i am not going to

15. lock up until I get my food or see your supervisors. Then C/O F. mohmand went and called

16. the Kitchen  and they brought my Kosher Meals at 9:30am 3½ hours after morning chow

17. was served.

18.    40. The next morning the same thing. There were two Black muslem inmates who I knew

19. and were friends with . Inmate Dee and inmate Newsome. At this time I did not know

20. that C/O F. mohmand was telling the Black Muslem inmates that I was saying F-Muslem's

21. and I was disrespecting C/O mohmand who is a devout Muslem. This was all a lie by

22. C/O Mohmand and I was getting foul comments from the Black inmate Muslem population

23. in G-3-Wing. I did not even know what was happening. All these Muslem inmates were

24. friends, aquaintenceses. They all knew I was Jewish, we all got along fine until C/O

25. Mohmand found out I am Jewish.

26.    41. so the next day the same treatment, she refused to give me my Religious kosher

27. Meals. She just slammed the cell door in my face and walk away laughing and telling

28. the inmate helpers F-the Jews!

1.  42. So at 8:00am pill call I went and again told her I need my Religious Kosher

2.  Meals. She would stand there and laugh at me then she would walk down to dorm (4)Four

3.  where all the Muslem inmates are and she would make foul remarks about me to them

4.  and they would look at me and laugh. I dod not know at the time what she was telling

5.  them byt she then would come back to where I was and she would give me a hard time

6.  and make me beg for my food.

7.  43. This went on for almost (1)one month. Then on 6/4/20 C/O Mohmand and C/O P.

8.  Barboza, refused to give me my breakfast and lunch, they were esculating their mental

9.  emotional and physical abuse on me. I was being degraded, belittled, mocked, they

10. were making fun of me as a Jew, my Religion and trying to make ne beg like a dog for

11. my food. Then she stated to me after I once again asked for my Religious Kosher Meals.

12. "She does not care about my Race, Religion, or my food. It is not her job to get it!."

13. Then C/O P. Barboza started laughing with her and said 602 it like you did the program!,

14. refering to Exhibit (B). Then C/O Mohmand stated "I AM MUSLEM! I DON'T CARE ABOUT

15. YOU (ME BEING A JEW) OR YOUR RELIGION! I GAVE YOUR I.D. CARD TO R.N. CHAMPION. THEY

16. CAN GET YOUR FOOD!.

17. 44. CDCR's CCR Title 15 §§'s 3050(a)(2) Article 4. Food Service, Regular Meals;

18. 3054(a)(b)(c) Religious Diet Program; and 3054.2(f)Kosher Diet Program. CDCR has a

19. duty to ensure that I receive my Religious Kosher Meals and not to be retaliated against

20. for my Race, Religion, and Beliefs. C/O Mohmand has a duty to ensure that I receive

21. my meals and not be retalated against, harassed, or treated different than any other

22. inmate in her supervision. The medical department has no authority over my Religious

23. kosher Diet that is provided only by CDCR. All meals are brought up to all G-1-2-3-

24. wing units by each C/O assigned to their unit/wing. I was deliberately targeted by

25. C/O's F. Mohmand and P. Barboza.

26. 45. So on this day I received no meals, then the next day again I received no food,

27. this action of not giving me my meals occured from 5/25/20 to 6/20/20. after I filed

28. the 602 on C/O's F. Mohmand, and P. Barboza. See Exhibit (D)

1.  46. After filing the 602 on C/O's Mohmand and Barboza, I was called out of my cell

2.  for failure to provide my religious konser meals and Anti-Semitic Hate Crime against

3.  me by Internal Affairs in Sacramento, CA. They got wind of what was happening and

4.  they interviewed me asking me what is going on. I explained to them how I was being

5.  racially attacked by C/O's F. Mohmand and P. Barboza and how she was trying to get

6.  muslem inmates to jump me, she is not bringing me my religious Kosher meals, she said

7.  she does not care about me a Jew my religion or my food, I can starve! She makes fun

8.  of me every day flips me off the finger, locks me in my cell, I don't come out in

9.  fear of retaliation. I just sit in my cell, she threatens to have me removed from

10. O.H.U. Out patient Housing Unit and take away my specialized medical care. She trys

11. to get the other muslem inmates to jump me on a daily basis. But instead of internal

12. Affairs doing their job, they allowed her to continye to do this HATE CRIME against

13. me for my race, religious beliefs, and hatred for Jewish People. See Exhibit (E)

14.  47. At the same time C/O F. Mohmand started abusing inmate Miguel Diaz, CDCR#T-83077

15. because he spoke up on my behalf when she started her attack on me. She turned her

16. rath on him and she started verbally, mentally and physically abusing him and he was

17. present at many actions that took place against me as I was there with him when C/O

18. Mohmand attacked him and I together and she had him removed from O.H.U. and he ended

19. up loosing half of his foot due to her actions. Inmate Diaz's declaration and complaints

20. against C/O F. Mohmand and how these defendants' continued to allow her to do HATE

21. CRIMES against me and I/M Diaz. Even after knowing what she was doing. See Exhibit (F).

22.  48. So as this Anti-Semitic, Hate Crime continued, I continued to inform Correctional

23. Supervisors and the Warden of the continous acts against me. I filed numerous Inmate

24. Request for Interviews on 7/7/20 to Warden D. Cueva, Associate Warden J. Snelling,

25. Captain J. Ali, lieutenant J. Thurmon, Sergeant C. Leali. I sent these Inmate Requests

26. directly to these defendants' but they refused to respond/answer them and they condoned

27. C/O F. Mohmand's actions. See Exhibit (G).

28.  49. Because on 7/6/20, I was again attacked by C/O mohmand, and I filed a Reasonable

1. Accommodation Request 1824. on this day. I and inmate Diaz were standing in the Medical
2. Line waiting for our medication when C/O F. Mohmand walked past me and made rude sounds
3. giong Blah, Blah, Blah. Stating I am talking to much, then on her way back she said
4. in a loud voice "You Can't get rid of me, Ha Ha!" Then she stopped looked at me and
5. made fun of my Handi-Cap. She bent over acted like she had a wheel-walker in her hand
6. then she started walking like she was impaired, then she made retarded sounds: "Da,
7. Da, Da," and walked straight up to my face and started laughing at me. She was mocking
8. me belittling me degrading me, then she walked over to i/M Diaz and made the same
9. retarded shouds right in Diaz's face. She started laughing then left.
10. 50. That same night on 7/6/20, she worked a double shift. I am a diabetic and when
11. she came to let me in after I received my diabetic shot, she started yelling at me
12. "Get out of my way, Now you can write me up for laughing at you and making you cry!."
13. She is very abusive to me on a daily basis, and I continue to advise her supervisors
14. verbally and in paper to no avail.
15. 51. On 7/7/20, I filed a 1824 Reasonable Accommodation Request on her  See Exhibit (H).
16. 52. Now after this act on 7/7/20, and I filed this 1824, against C/O F. Mohmand, and
17. three 602 grievances against her, Staff complaints to her supervisors incliding inmate
18. request for interviews, I was given a falsified 115 Rules Violation Report-CDCR-RVR-115.
19. In this 115 C/O Mohmand stated that I/M Diaz was told to put his mask on but instead she
20. claims that he said Fuck off Bitch I don't have face mask on cause I don't want to put
21. it while I am talking. Then she said he said you are fucking bitch tllk my library
22. privilege! Then C/O Mohmand said that I said to I/M Diaz, Hey Bro, I told you that she
23. is fucking ugly racism bitch!
24. 53. This never took place. This was and is a lie. She wrote thos false 115 out of
25. retaliation because I told her I was going to file a 602 grievance on her, a Staff
26. Complaint for her actions on 7/6/20. and I put it in on 7/7/20, refer to Exhibit (H).
27. 54. So when this false 115 was heard by defendant J. Thurmon, he denied all my wittnesses
28. he failed to allow I/M Diaz to answer questions that would clearly show the abyse

-17-

1. and then they would have to peoperly investigate this Anti-Semitic Hate Crime, and

2. he again refused to listen to me when I told him directly how I am being assaulted,

3. HATE CRIME AGAINST ME AND HOW HE IS CONDONING C/O Mohmand's attacks on me. He laughed

4. and said "I am going to find you guilty!" I told him that this is a miscarrage of

5. justice, and you are railroading me. I am being continously assaulted and I have notified

6. you verbally and in writing as I have also done to all your Supervisors to no avail.

7.    55. So again I was targeted and punished by C/O F. Mohmand for trying to notify

8. her supervisors, this institution of a HATE CRIME taking place against me. But instead

9. of helping/investigating, they have taken it upon themselfs to cover it up, and punish

10. me for trying to expose this HATE CRIME by C/O Mohmand a Self-proclaimed Muslem C/O

11. who is assaulting me a Jewish Prisoner and all of her Supervisors condoning it See

12. Exhibit (I).

13.    56. So I continued to notify the Warden D. Cueva, A.W. J. Snelling, A.W. Hurtado,

14. Captain J. Ali, Captain R. Brown, Lieutenant J. thurmon, Sergeant C. Leali. Continously

15. telling them anout the Anti-Semitic Hate Crime happening to me. They "ALL" refused

16. to answer acknowledge or interveen on my behalf. They all knew I was being assaulted

17. by C/O's F. Mohmand and C. Rodriguez on a daily basis. They "ALL" left me to knowingly

18. be assaulted and they refused to acknowlege the HATE CRIME ANTI-SEMITIC attacks occuring

19. over months, I continued to verbally and on paper inform them but instead of interveening

20. they condoned these attacks. They all knew and were very aware of what was transpiring

21. but did nothing , turned a blind eye, to it and then contributed to my assault. See

22. exhibit (J).

23.    57. So then on 10/4/20, I filed a CDCR 602 grievance on A.W. Snelling, Captain Ali,

24. lieutenant Thurmon, Sergeant Leali, Sergeant Fisk, and CDW Benevidez. They failed

25. to process this 602 grevance and screened it out because I specifically gave their

26. names as accomplices in condoning the HATE CRIMES against me. They all knew what was

27. happening and here they screened it out and stated your request will be addressed

28. by an administrader or at California Medical Facility. Any questions about the status

1. of this request should be addressed by your counselor or agent. I was denied my due
2. process to have my 602 grievance heard because they are trying to cover it up. They
3. knew what is happening but they are condoning this HATE CRIME and they don't want
4. to acknowledge it. They think it will just go away and their names wont be in it as
5. accompliances who condone Racist Anti-Semitic Hate Crimes against Jewish Prisoners.
6. See exhibit (K).

7. 58. Now as this was taking place I was called by my correctional counselor CCI J. Russell,
8. because it was my yearly anual to see my program status. I was taken in absentia because
9. as my counselor and I discussed my programming it was stated that there was no reason
10. for me to be there based on a positive programming and nothing was going to change.
11. It was a continue present program. This took place on 10/13/20, and in my classification
12. committee chrono it clearly states at the section Committee Comments at CDCR 753%:
13. Medical Classification Chrono: 128-C dated 10/23/19, level of care OHU; Medical Risk:
14. High Risk. Then at the bottom of page 1, it states: I/M Garcia is "Properly endorced
15. to CMF-OHU (PERMENANT) from MCSP per 'HCPOP' non-committee endorsement. Dated 10/23/19.
16. This clearly shows I am a permenent OHU patient not temporary, and I was removed from
17. OHU out of retaliation for filing these 602 grievances and reporting a HATE CRIME
18. also attached is my initial classification committee chrono by Correctional Counselor
19. CCI N. Gill. The classification committee is escentually the same I/M Garcia arrived
20. at CMF 10/24/19 from MCSP and is properely endorced to CMF-OHU permanent per HCPOP
21. non-committee endorcement 10/23/19. This is on page 1, dated 10/29/19. Then on page
22. 2, committee action: UCC accepts subject to CMF-OHU Permanent.

23. 59. So as uou cam see here I just had my anual and I was retained here in CMF as
24. a permanent OHU patient due to the severity of my medical conditions in my classification
25. committee of 10/3/20 by CCI J. Russell. Then why is it that 23 days later I was removed?
26. from OHU. Nothing changed in my medical conditions they only got worse. I WAS/AM
27. permanent and this was done for only one reason to continue toe punishment, torture
28. and Hate Crime against me for speaking up and trying to receive help from the Racist,

1. Anti-Semitic assuals, Hate Crime that CDCR its employees refuse to acknowledge but
2. instead condoned to further torture and punish me. See exhibit (L).

3.    60.  So Now C/O mohmand was attacking I/M's Newsome, Johnson, and Pennington. I/M's
4. Newsome and Johnson were C/O F. Mohmand's workers. I/M's Johnson and Pennington are
5. Muslem inmates. These three along with other Muslem I/M's were the one's at the begining
6. who believed what C/O Mohmand was telling them about me, and she had them so rialed
7. up that they were going to jump me at C/O F. Mohmand's orders. But this changed when
8. they found out that it was all a lie and then they again became my friend and when
9. C/O F. Mohmand seen this. Right in front of me and other inmates she stated: that
10. I/M's Newsome, Johnson, and Pennington are bad people and bad muslems and she is going
11. to get them!

12.    61. So at this point i and I/M Newsome were doing his Civil Law Suit here in the
13. Eastern district for CDCR CMF wrongfully removing him from OHU. Just as what happened
14. to me. So i had helped put together a Preliminary Injunction against CMF because once
15. again I/M Newsome is being attacked and threatened to be removed from OHU once again
16. by C/O F. Mohmand  who falsified a fake 115-RVR stating that I/M/ Newsome threatened
17. her which was a lie and she had him placed in add/seg. But (8)eight days prior to
18. this action I/M Newsome filed a 602 grievance on C/O f. Mohmand stating that she was
19. going to retaliate against him for speaking to I/M Garcia a Jewish inmate and she
20. did. I filed this declaration under penalty of perjury in support of I/M Newsome's
21. Preliminary Injunction explaining to the Honorable Court what is happening on a daily
22. basis here. See Sheldon Newsome V. M. loterzstain, et al., Case No. 2:19-cv-00307-
23. JAM-JDP. See exhibit (M).

24.    62. So because of the continous acts once again on me the amti-semitic hate crimes,
25. the abuuse, degrading, belittling, harassment, continous begging for my religious
26. meals, flase write ups, I requested to speak to a PSYIC. because this os becomming
27. very stressful. I suffer from P.T.S.D. I went through simuliar acts twice before.
28. Once at Corcoran-SATF State Prison and then at Centinela State Prison where I was

1. starved, degraded, belittled, abused, mocked, which lasted years until I received
2. a preliminary Injunction on Corcoran-SATF. Then I was transferred to Centinela State
3. Prison in 2013, where I was monitored for about three months then my case was
4. prematurely dismissed and at that time centinela started in with Anti-Semitic acts
5. taking my religious kosher meals, starving me, degrading me, etc...Retaliation from
6. the fallout at SATF-Corcoran I filed a lawsuit against Centinela and filed my Appeal
7. into the 9th Circuit Court of Appeals. Then the defendants' asked/pleaded for me to
8. remove my appeal and come bakc to the District Court for settlement conference. At
9. this time centinela's attorney's also requested to enjoin this case for settlement
10. as well and on agreement was met on both sides and it was settled in 2016. I went
11. through hell, Anti-Semitic, Racist Hate Crimes. And now it happens once again except
12. now they went after my MEDICAL CARE. I have and suffer serious mental issues due to
13. this continous attacks by CDCR employees, and now also Medical Staff. When does it
14. end? Racism is running rampid throughout the California Department of Correctiona
15. and Rehabilitation. It is a systemic problem here, and will be until something is
16. done to stop it. Racism, hate crimes are barberic acts to injur and cause serious
17. harm to one person or a race of people. I am suffering to this day because of CDCR's
18. employee's their supervisors and the warden D. Cueva, and now the Medical Staff. It
19. is not like I can leave. See exhibit (N). **Also see Page (3) of Complaint, lawsuits.**
20.     63. So the Abuse by C/O's F. Mohmand and C. Rodriguez. My Religious Kosher Meals
21. are being thrown on the floor and pushed in by their feet into my cell. Anti-Semitic,
22. Racist remarks and verbal abuse with degrading, belittling, and harassment. i tried
23. once again to get someone to listen, interveen, investigate on my behalf to what is
24. continously transpiring here. Then on 10/20/20, I again tried to reach soneone anyone
25. to stop thos continous attack on me. So O wrote more Inmate Request for Interviews
26. to CMO Dr. Osmond; A.W. Snelling; AW Hurtado; Captain J. Ali; Captain R. Brown; Lt.
27. Thurmon; Segt. Leali; Rabbi Zaklos trying to receive help from this Anti-Semitic Hate
28. Crime, but again CDCR supervisors refuse to respond in amy fashion only the Rabbi

-21-

1. did, telling me to get off of my kosher. I did not expect them to do anything since they

2. "ALL" have been condoning C/O Mohmand's and Rodriguez's actions. They never tried to

3. stop it but only incouraged them to harm me and esculate in their attacks. They all

4. knew and were very aware of what was happening to me on a daily badis. See Exhibit (O).

5.   64. I even wrote a (4)four page letter to the Warden D. Cueva, on 10/21/20. I continue

6. to notify him of what is going on and the Anti-Semitic Hate Crime that is being done

7. to me to no avail. He refuses to acknowlege it. He is condoning these acts and he has

8. failed to raise a hand to act, protect me from one of his employees and he is allowing

9. them to continously harm me on a daily basis. He is fully aware but refuses to get involved

10. in it and ensure the safety and well-being of one of his prisoners he has charge over.

11. So because of his non-actions I have to  suffer serious attacks of Anti-Semitic Hate

12. Crimes, and instead if him acting he passed the buck dowm to Drfrndant D. Hurtado who

13. is an active participant in the continous Anti-Semitic racist Hate Crims against me.

14. They were all fully aware of what is happening to me, but instead of Warden D. Cueva

15. interveening  he knowingly gave this letter to his subordinate who os also a defendant.

16. So how can I receive any type of relief, justice or help if they just give it to each

17. other. This is a perfect example of the police policing the police. See exhibit (P)

18.   65. Now C/O's F. Mohmand and C. Rodriguez have upped their attacks, they are now on

19. a continous attack by throwing my Religious Kosher Meals on the ground outside my dorm

20. door then after ½ hour they would pass out the morning breakfast and lunchs and when

21. they come to my dorm they would passout the trays and lunchs to all the inmates in the

22. cell then they would pick up my religious kosher meals from the floor and drop it in the

23. cell then with their leg push my food into the cell. This was a continous act. I did

24. not go to the door out of fear of retaliation. I would wait until they locked the door

25. then go retrieve my food. This was done out of retaliation, ratial hatred for writing

26. them up and also her supervisors who knew what these two Officers were doing but refused

27. to do their job. Everyone was verbally, and by 602 grievances, and Inmate Request for

28. Interviews informed of all these acts by C/O's F. Mohmand and C. Rodriguez to no avail.

1. Even in their final decision they state in section III reasoning and decision: However,
2. there were violations found not related to the claim of racial/religious discrimination
3. during the review. Therefore, the claim is denied. These CDCR employees continue to
4. protect and falsify state documents and claim that "ALL" inmates are liers, and make
5. up stories, but when a C/O claims an inmate did something it is true and correct, their
6. word is gold and that inmate is guilty but never them. See Exhibit (Q).

7.    66. Here I am continously being harassed, singled out, punished, racially discriminated
8. against on a daily basis with no relief. The more I advise C/O F. Mohmand's supervisors
9. of the continous Hate crimes against me the more "ALL" of them esculated the Anti-Semitic
10. hate crimes against me. It has now esculated into my medical care. I had submitted this
11. 602 grievance one(1) day prior to being wrongly removed from OHU where I was a permanent
12. inmate-patient because of all my serious medical conditions that never gotten better
13. but only progressively gotten worse. So I had to wait 14 days to file another 602 grievance
14. on C/O F. Mohmand for having me illegally removed from OHU. This 602 grievance again
15. informed "ALL" of her supervisors of her deliberate attacks and now this final attack
16. to remove me from OHU. She interveened into my provate, confidential medical care, violating
17. all my provacy rights, and she manipulated the medical department to remove me from
18. OHU. See Exhibit (R).

19.    67. Now as I stated in exhibit (R), I was racially attacked every day by C/O F. Mohmand,
20. and I continously stated to Warden d. Cueva; AW. C. Snelling; AW. D. Hurtado; Captain
21. J. Ali; Captain R. Brown; Lieutenant J. Thurmon; Sergeant C. Leali; Sergeant Fisk, that
22. C/O F. Mohmand was not only attacking me religiously, racially and through my religious
23. kosher meals, but is going to have ne removed from OHU. Attacking now my Medical Care.
24.    68. Now on 11/4/20, I called R.N. Reyon, to my dorm in the AM around 6:30am. I was
25. explaining to her about what is happening here with me being racially and religiously
26. attacked for 7 months by C/O F. Mohmand and that I truly believe that she is going
27. to have me removed from OHU. out of further retaliation against me. R.N. Reyon is fully
28. aware of what has transpired up to this point, as the medical department here has clashed

1. with C/O Mohmand. At this point as I was explaining this to her little didi I know that
2. she R.N. Reyon and C/O Mohmand were working together to have me removed fron OHU. Because
3. later that day 11/4/20 C/O F. Mohmand and R.N. Reyon went into the nurses station then
4. 10 minuets later they came out liiking at me, then they went into the doctors office
5. for another 10 minuets. When they came out they were smilling at me and when they passed
6. by me C/O f. Mohmand stated "Bye, Bye." with a little hand waive. Right after this the
7. doctors Technician came out and said the doctor wants to talk to me. I don't know why,
8. because I just seen him. I was not scheduled to see him. So as I went in Dr. BA Dhillon
9. stated to me he is removing me OHU. That the committee said to. I am a permanent OHU
10. patient sent here by the Health care Placement Oversight Program-HCPOP. They have the
11. only authority to place or remove a inmate patient into or out of OHU. This action was
12. dodne through these three defendants' Dr. Dhillon, R.N. Reyon, and C/O F. Mohmand out
13. of retakliation. This was a combined act to have ne illegally removed. Dr. BA Dhillon's
14. reasoning was that he "OBSERVED ME, AND THERE IS NOTHING WRONG WITH ME!" Here is the
15. funniest part, of this statement. Dr. BA Dhillon has been at home working since the
16. Covid-19 Pandemic started. He refused to come to work and did all his medical appointments
17. via tele-med in the video computer. So how did he observe me? This is a lie. G-3-Wing/Unit
18. is for inmate patients who can shower themselfs, go th ducats, go to school, work,
19. vocational classes. But have some type of medical condition that warrants placement
20. in OHU.

21.    69. Now, as I stated I dod not know R.N. Reyon was working with C/O F. Mohmand and
22. Dr. BA Dhillon to have me discharged under false pretenses. As I stated I am permanent
23. OHU and only HCPOP can remove me and only through clear diagnostic data that shows
24. conclussively that I am better. Because if not than anyone can have any inmate/patient
25. removed for any reason they want at any time without factual proof of their recovery,
26. just because they can. This is what HCPOP is for, they have to submit diagnostic data
27. outcome to HCPOP who them reviews the data and then makes the determanation whether
28. to discharge, nake temporary or permanent. As I said HCPOP placed me not CMF, its staff,

1. or doctors.

2. 70. Then on 11/5/20, after I already submitted this 602 grievance and I had to wait
3. (2)two weeks to file another 602. A Doctor Chief Medical Officer-CMO Dr. Osmond who
4. is very good friends with Dr. BA Dhillon came on 11/5/20, came and said "He was personally
5. removing me from OHU. Dr. Osmond and Dr. Dhillon are very good friends. They are together
6. out playing Golf, and many other activities together. So when Dr. Osmond came to tell
7. me that he was removing me when this is not his Job duty, shows that he was sent by
8. these three defendants' to violate my rights and place my life, health, and well-being
9. in danger just because they can. See exhibit (S).

10. 71. Now, on 11/5/20, after telling CDCR Supervisors and Medical Staff along with
11. the Warden D. Cueva, of the continous Anti-Semitic Racist "HATE CRIMES" that have been
12. taking place against me and the last notifications, letter to the warden and to CMO
13. Dr. Osmond, I was removed from OHU. I continued to voice my claims of a Hate Crine
14. done against me. Defendant Sgt. Leali, came and told me "He does not care about the
15. Hate Crime, your moving! and that is it or you can go to the hole!" I tried to tell
16. him I am not going anywhere until CDCR acknowleges the hate crime against me. He refused
17. to because he is part if it and he told me he does not care trying to sweep this hate
18. crime away and failing to do his job and uphold the law he swore to. So instead of
19. telling me he was going to investigate it, he placed me into Add/Seg. for me trying
20. to expose this hate crime, for speaking up, for being a whistle blower. I was again
21. punished by the very individuals who have a sworn duty to protect me. It is right in
22. their face's and yet instead of doing the right thing they punished me even more. See
23. Exhibit (T).

24. 72. So as I sat in Add/Seg. for trying to inform CDCR of a Hate Crime. The more
25. I informed them the more they refused to acknowledge it. Do anything about it and they
26. tried to bury it, dismiss it and act like nothing ever happened and I was the bad
27. guy refusing housing. So I filed to the litigation Coordinator a B. Ebert CCII Specialist
28. that I am suing the following defendants' and 50 does, See exhibit (U).

1.    73. As I waited to go to ICC Committee to try and receive help for what is happening
2. to me I 602ed Dr. Osmond for his part in this action on 11/5/20. Dr. Osmond came into
3. my cell and stated: "I am personally discharging you from OHU. that you are better."
4. I told him I am permanent OHU. and I am not better, what did you do for me to make
5. any of my 14 medical conditions better, what did you fix? he stated: "It does not matter
6. your out of here!" I told him it is because O informed you of the Hate Crime against
7. me and the 8 602's I wrote up against C/O F. Mohmand. he stated: "She is my Muslem
8. Sister, your out of here!" Now Dr. Osmond, and Dr. Dhillon are real food friends and
9. they even go Golfing together and hang out together. They both did thos out of retaliation
10. for me exposing a Hate Crime on their watch to which they were very aware of and helped
11. violate my rights and cover it up. Then to further cover it up they try to clain that
12. it is a difference of opinion. Retaliation is not a difference of opinion, talomg away
13. my needed medical care without diagnostic data outcome to support their claims is not
14. difference of opinion. This is fact, it is a continous act that started on 5/24/20
15. and has continyed to this day. CMO Dr. Osmond was clearly aware of what was happening
16. and instead of helping me, protecting me, he willfully and conciously praricipated
17. in further harmin me and punishing and torturing me and coverup the hate crime. See
18. Exhibit (V).

19.    74. As a result of all of the defendants' acts I sat in Add/Seg in severe pain.
20. I was taken three times to the Treatment and Triage Area-TTA, for worsening and generalized
21. pain. I was placed in add/seg. to cover up the hate crimes. I was punished and left
22. to either suffer or die. Every day I felt like it was my last day, but I would not
23. die, just live in such severe pain. I prayed for death. Yet all they can say is there
24. is nothing wrong with me, a difference of opinion, yet here I am suffering in pain
25. praying to die while they do nothing for me. Still to this day, I live with all of
26. these conditions 14 of them and not one of them is fixed, alleviated, under control,
27. or even managed byt because O am not bleeding there is nothing wrong with me. Yet HCPOP
28. placed me into OHU. based on all my Health conditions that have not gotten better but

1. have worsened over the years. These conditions first appeared in 2003, and because

2. of CDCR's lack to properly treat me my conditions have gone untreated for 19+ years,

3. and now has caused me my body to turn against me not of my doing. I have tried for 19 years

4. to receive adequate treatment but was and am denied even to this day. Eventually I am going

5. to reematurally die at the hands of my captures who in their eyes don't do no wrong.

6. I am living proof tht, that is a lie. See exhibit (W).

7.     75. So as I continue to beg, plead, for help, relief, or some type of assistance

8. by filing 602 grievances CDCR's grievance process specifically "CHIEF INMATE APPEALS"

9. per their own Operational Procedures has aduty to answer inmate appeals at the third

10. or final level of CDCR's appeals process. They have (60)sixty working days to process

11. and answer your appeals. This department's final level Chief Inmate Appeals is working

12. hand and hand and in concert together to not answer my 602 grievances. They kept my

13. 602's that I had filed for over Six(6) months then send them back un-answered claiming

14. that time constrainst had ran out. NOT MINE, I SENT THEM IN A TIMELY FASHION. It was

15. CDCR who has failed to answer these 602's in a timely fashion which is 60 working days

16. from reciept of said 602's. This violates all my due process rights and it denys me

17. any type of redress and I was and am forced to continue to suffer from the abuse, I

18. was and am still receiving due to their deliberate acts in violating all my rights

19. uder State and Federal Laws. If I failed to submit my 602 within the 30 day time limit

20. my 602 would be dismissed as untimely per CDCR's own Rules and Regulations, policies

21. and Procedures. California Code of Regulations State in: §§ 3086. Written Request

22. Process, (a)(f)(4)(A)(B)(C)(D)(g)(h)(1)(2)(3)(4)(i) & § 3084.1 Right to Appeal, (a)(b)(c);

23. & 3084.7 Level of Appeal review and disposition[Repealed] Two Levels of Appeal. Each

24. level has 60 working days to answer 602's. First level CDCR Prison. Second Level Chief

25. of Inmate Appeals, Sacramento CA. These individuals/defendants' have deliberately violated

26. my due process rights and acused me a real harm physically, mentally and emotionally

27. and punished me for informing them of a hate crime and removal of my needed medical

28. care. by all these defendants' herein See Exhibit (X)( )( )( )( ).

1.    76. So as I was sitting in Add/Seg. trying to explain that I am a victim of a Targeted

2. Racist hate Crime and illegally removed from OHU. and my needed health care taken away

3. by these defendants' for advising them if this hate crime. I wrote a letter to the

4. Health Care placement Oversight Program-HCPOP at 8260 Largeleaf Dr. Elk Grove, CA.

5. 95758. by placing a U.S. postage Stamp on it and placing it in the U.S. Mail Box which

6. is Federally Protected to be delivered to said address for a response by (HCPOP) and

7. for them to turn over all documents used to place me into OHU. as a "PERMANENT" patient.

8. Also the documents that were used to remove me from my permenant OHU. placement. What

9. Changed? I never received any type of treatment, surgery, or miricle that changed my

10. initial permenant placement into OHU. but instead of going to Health Care Placement

11. Oversight Program (HCPOP) CDCR deliberately tampered with my Federally Protected mail,

12. Not once, but twice and they deliberately sent my mail directly to CDCR's California

13. Correctional Health Care Services Health Care Correspondence and Appeals Branch. Here

14. after (HCCAB) P.O. BOX 588500 Elk Grove, CA. 95758. This division if for Health Care

15. 602 Grievance Appeals. I never sent mail or ever intended for my two letters to (HCPOP)

16. to ever go here. They intentionally diverted my Federally Protected Mail as to thwart

17. all my efforts to retreve my Health Care Records from (HCPOP) that would show clearly

18. how these defendants' violated my rights and deliberately took away my needed treatment

19. and OHU. See exhibit.(Y)../So as I contunyed to try and receive a response. I spoke

20. to my Sister kathy Hope and explained to her what has happened. She is an ex-postal

21. Worker who retired after 30 years of service and she is ex-Army(WAX). So I sent her

22. the two letters I wrote to (HCPOP) for mailing to (HCPOP) by her. They did receive

23. it at (HCPOP). but instead of (HCPOP) responding back on my two letters and the letter

24. my sister sent all of them certified to 8260 Largeleaf Dr. elk grove, CA. 95758. They

25. refused to respond and once again my sister received a letter from the Health Care

26. Correspondence Appeals Branch-HCCAB 602 Grievance. They have continued to not respond

27. and provide me and my sister my protected Health Care Records form HCPOP.  I was over-

28. rode and placed by HCPOP and only HCPOP into OHU. this was a special committee action

1. NOT DONE by CDCR's ICC Institutional Classification Committee not CDCR But a Medical

2. Board. See Exhibits (L)(Z).

3. 77. exhibit (Z) is the Classification Chrono done specifically by HCPOP. They over-

4. rode CDCR to place me House me in the appropriate Medical setting as a "PERMENANT"

5. OHU Inmate. This means that "ONLY" HCPOP can terminate my "PERMENANT" OHU placement

6. and only on a documented showing diagnostic data outcome, specialists diagnosis, tests,

7. MRI's, X-Rays, Supporting that my conditions have corrected, gotten better, vanished,

8. on its own or through surgery or medication. This "MUST" be presented to HCPOP and

9. HCPOP then re-evaluates the patient and either determins if this patient can be discharged

10. or remain in OHU. This was never done. I was illegally/wrongly removed out of hatered

11. for informing CDCR employees, the Warden, and Medical Staff of a continous Hate Crime

12. against me. They violated my rights took away my needed health care and violated their

13. own laws. Just to cover up this hate crime and then threw me in Add/Seg. To further

14. this punishment, the more I spoke up, the more I was punished by "ALL" these defendants'

15. herein. See Exhibit (Z), (L).

16. 78. Now every time I went to my Classification Hearing in Add/Seg. I verbally tokd

17. them that I am a victim if a Hate Crime. I was told every time by the Associate Warden

18. to sit down and shut up! He does not care about me being a victim of a hate crime or

19. about my medical care! Defendant Captain Ali, was sitting in on my hearing and telling

20. them not to listen to me, that I have already 602ed it. There was also every time I

21. went ISU-Investigational Security Unit Officers but no one would acknowlege that I

22. am a victim of a Racist Anti-Semitic Hate Crime followed by having my medical care

23. remived and to this date placing my health and well-being in danger. My health does

24. not allow me to function in a general population setting due to me not being able

25. to do normal daily activities with out being in severe pain and prone to falling down

26. and causing me severe physical harm. So they continued to punish me by giving me 115

27. Rules Violation Reports and taking away my Release date by adding more time to me for

28. informing them of a Hate Crime against me. 115 RVR's and Release date Change See Exhibit(AA).

1.    79. So as I was in add/seg. I continued to file both CDCR and Health Care 602's

2. grievances on the continued Hate Crime and denoal of health care and leaving me in

3. such severe pain that I can't function in a normal fashion. I feel like I am going

4. to die. I can't walk far, I can't use my hands, it is hard for me to do the basic

5. daily activities without feeling like I am going to die after. 99% of the time I am

6. bed ridden, due to this pain. So I called both my sisters and informed them both. Kathy

7. Hope, and Jackie Tapia of what has transpired and how I am a victim of a Racist Hate

8. Crime and how they are punishing me now by taking away my needed medical care and placing

9. me in add/seg. So my sister Kathy Hope started keeping records, calling the prison,

10. requesting my medical records,and mailing out letters to the doctors here, specifically

11. Dr. Osmond, the Warden D. Cueva both calling them and also to HCPOP requesting all

12. my medical documents. I even sent her a copy of two letters to HCPOP and a cover sheet

13. for her to send them certified mail and every time I try to send them to HCPOP CDCR

14. diverts them to the Health Care Correspondance Appeals Branch-HCCAB. So kathy mailed

15. them to HCPOP along with a letter from her. She called the Warden, Dr. Osmond, wrote

16. letters to both of them to no Avail. Please see Kathy hope's declaration along with

17. exhibits. See Exhibit (BB)

18.    80. Now since these acts that occured from 5/24/20 to 11/5/20 I have suffered severe

19. pain and I continue to suffer. They the defendants' violated my due process rights,

20. they violated my Religious rights, they caused cruel and unusual punishment to take

21. place upon my person, they have given out un-wonton pain and suffering upon me, They

22. caused me to be the victim of a Anti-Semitic Racist hate Crime, They used my religious

23. Kosher Meals as a tool to inflict pain on me, They drove me off of my Religious Kosher

24. meals due to the blantant abuse, They took away my needed medical care and placed me

25. into Add/Seg. Locked me up, They cancled all my medical/Specialist orders placing my

26. **life, well-being** in jeopardy of being seriously injured or prematurely dying, They

27. placed me into the general population where I suffer daily in severe pain forcing me

28. to do activities that cause me severe pain, they have left me for all of this time

1. in severe pain with no type of relief in sight. They did not care that I was suffering

2. in severe pain feeling like I am dying every day, like this is it.

3.   Now, since my wrongfull removal from OHU. and them leaving me in severe pain especially

4. in my stomache, I have continued to deteriorate, I have had now been given tests, MRI's

5. CT-Scans, and now I am being refered to the Gastroinstinal Specialistthat the defendants'

6. deliberately canceled on me. None of the defendants' did any tests, or sent me to any

7. type of specialist, nor did they try and protect me from serious harm. Because of their

8. deliberate acts I had and am still suffering every day and night in such severe pain

9. I don't know if I will survive this. The pain is so over-whelming death is releaf to

10. me.

11.     81. Now I had numerous tests, X-Rays, MRI's, Specialists Consultations, and

12. it was determined by my Doctor Dr. matharu, the Doctors at HCPOP that my conditions

13. warranted me being placed into OHU permanently, and I was immediately sent to CMF's

14. OHU unit. See Exhibit (CC).

15.     82. When I was wrongly removed from OHU on 11/5/20, By the defendants' herein.

16. They did not even take the minimum steps to ensure that my conditions were are improved,

17. under control, or no longer exist.  So because of this I had to start over and the

18. doctors specifically Dr. Connor, did not have the results of the HCPOP and Dr. Matharu's

19. Dr. Ortega's and all of my Specialists reports or X-Rays, MRI's, or any other diagnostic

20. data outcome. So he going off of what his supervisor's said and never gave him any

21. type of documentation that would have helped him in determining my serious medical

22. conditions. He and I had to start from scratch. I was given new X-rays, MRI's, and

23. Speciality Consultations for all of my medical conditions that the Defendants' Dr.

24. Osmond, Dr. Dhillon have and that are a permanent documents in my Confidential and

25. Private and permanent File kept by this medical department on a daily basis and in

26. the sole control of this medical department.

27.     83. Now I have attached all of these documents to this exhibit. Before I was

28. to be removed from OHU these doctors had a running duty to protect me, not cause me

1. harm, nor just make a statement that there is nothing wrong with me and illegally remove
2. me from OHU and place my life in danger of being harmed, or prematurelly die, and take
3. away the seriously needed medical care that I was sent here to receive and instead
4. I was treated like a nuisance or a blemish on your record because I spoke about a Racist
5. Hate Crime that took place against me for 7 months and because I informed all of them
6. of this abuse and then verbally and on paper told you that you are condoning these
7. acts, attacks on me, my Race, Religion, and my Religious Meals you then join in and
8. punish and persecute me for informing you of a continous Hate Crime against me, my
9. person you illegally/wrongly remove me from OHU, you take away my Seriously needed
10. Medical care, force me to suffer needlesly, place me into general population where
11. you know I can't perform daily activities and I am suffering in pain trying to do so
12. every day. This was deliberate. See exhibit (DD).

13.     84. Each defendant' acted hand and hand and in concert during the course of
14. their employeement/duties to deliberately cause plaintiff a real harm and unwonton
15. pain and suffering. each defendand did clearly target plaintiff, knew of the retaliation
16. being applied by C/O F. Mohmand, and they all conspired together to cause plaintiff
17. further harm for filing 8 602 grievances, and numerous Inmate Request for Interviews
18. informing them of these acts against me, and verbally telling them, and only having
19. her superiors/supervisors join in whti the abuse. each one of the defendants' in their
20. own part covered up, and stopped plaintiff's right to redress. This was a clear act
21. of conspiricy, this was not a fluke, or coincidence where all these defendants' at
22. different times, stages just made a mistake. This was calculated, deliberate and concise.
23. each one of the defendants' are liable for his/her actions herein.

24.

25.                                 VII. CAUSE OF ACTION
                                     COUNT I

26.

27.     Plaintiff was subjected to retaliation in violation of the First Amendment to
28. the Constitution.

1.    85. Plaintiff incorporates paragraph 1 through 84 as though they were stated fully
2. herein.

3.    85 Defendants' F. Mohmand; C. Rodriguez; D. Cueva; C. Snelling; J. Ali; J. Thurmon;
4. C. leali; Sgt. Fisk; K. Ancheta; D. hurtado; R. Brown; Dr. Osmond; Dr. BA Dhillon;
5. Nurse Reyon; and (50) (DOES) violated plaintiffs first amendment rights to be free
6. from retaliation. Each defendant knew that plaintiff was being purposly targeted by
7. C/O F. Mohmand, but instead of these defendants' stopping it they joined in on it.
8. They were all aware of the pattern, they were all aware of the eight 602 grievances
9. depicting out-right retaliation. They even answered the 602's and were very aware of
10. the esculation in deliberate attacks from F. Mohmand against me but instead of interveening
11. they all allowed this retaliation to continue while each one of them contributing to
12. it. I was targeted by all the defendants' because I informed them of a racist, hate
13. crime done by one of their own and they "ALL" participated in causing me harm and that
14. they hid the facts. They "ALL" caused me a real harm and violated my constitutional
15. right to be free from retaliation.

16.                          VIII. CAUSE OF ACTION
17.                               COUNT II

18.
19.    86. Plaintiff was denied his right to Freedom of Religion, in violation of the First
20. Amendment to the Constitution. Including under the Religious Land Usuage Institutionalized
21. Persons Act-RLUIPA.

22.    86. Plaintiff incorporates paragraph 1 through 85 as though they were stated fully
23. herein.

24.    86. Defendants' F. Mohmand; C. Rodriguez; D. Cuevz; C. Snelling; J. Ali; J. Thurmon;
25. C. Leali; Sgt. Fisk; K. Ancheta; D. Hurtado; R. Brown; Dr. Osmond; Dr. BA Dhillon;
26. Nurse Reyon; and (50)(DOES) violated plaintiff's First Amendment Rights to be free
27. to practice his religion without fear of retaliation. Each defendant knew that plaintiff
28. was being purposly targeted by C/O F. Mohmand but instead of these defendants' stopping

1. it they joined in on it. They were all aware of the pattern, they were all aware of
2. the eight 602 grievances depicting out-right retaliation. They even answered the 602's
3. and were very aware of the escalation in deliberate attacks from F. Mohmand against
4. me but instead of interveening they all allowed this retaliation to continue while
5. each one of them contributing to it. I was targeted by all the defendants' because
6. i informed them of a racist, hate crime done by one of their own and they "ALL" participated
7. in causing me harm and that they hid the facts. They "ALL" caused me a real harm and
8. violated my constitutional right to be free to perform my religion and eat and receive
9. my religious kosher meals without fear of retaliation or racism and anti-semitic attacks
10. on me for being a Jewish inmate.

11.                                   IX. CAUSE OF ACTION
                                          COUNT III
12.

13.     Plaintiff was denied his right to be free from Cruel and Unusual Punishment in violation
14. of the eighth Amendment to the Constitution.

15.     Plaintiff incorporates paragraph 1 through 86 as though they were stated fully herein.
16.     87. Defendants' F. Mohmand; C. Rodriguez; D. Cueva; S. Snelling; J. Ali; J. Thurmon;
17. C. Leali; Sgt. Fisk; K. Ancheta; D. Hurtado; R. Brown; Dr. Osmond; Dr. BA Dhillon;
18. Nurse Reyon; and (50)(DOES) violated plaintiff's Eighth Amendment Rights to be free
19. from Cruel and Unusual Punishment without fear of retaliation. Each defendant knew
20. that plaintiff was being purposly targeted by C?O F. Mohmand but instead of these defendant'
21. stopping it they joined in on it. They were all aware of the pattern, they were all
22. aware of the eight 602 grievances depicting out-right retaliation. They even answered
23. the 602's and were very aware of the esculation in deliberate attacks from F. Mohmand
24. against me but instead of interveening they all allowed this retaliation to continue
25. while each one of them contributing to it. I was targeted by all the defendants' because
26. I informed them of a racist hate crime done by one of their own and they "ALL" participated
27. in causing me harm and that they hid the facts. They "ALL" caused me a real harm and
28. violated my constitutional right to be free from Cruel and Unusual Punishment.

1.
2.

X.   CAUSE OF ACTION
COUNT IIII

3.    Plaintiff was denied his rights to Due Process; Deliberate Indifference to Medical

4.  Care; Equal Protection Racism, hate crime; and Fail-to-protect in violation of the

5.  Fourteenth Amendment to the Constitution.

6.    Plaintiff incorporates paragraph 1 through 88 as though they were stated fully herein.

7.    88. Defendants' F. Mohmand; C. Rodriguez; D. Cueva; S. Snelling; J. Ali; J. Thurmon;

8.  C. Leali; Sgt. Fisk; K. Ancheta; D. Hurtado; R. Brown; Dr. Osmond; Dr. BA Dhillon;

9.  Nurse Reyon; and (50)(DOES) violated plaintiff's fourteenth Amendment Rights to Due

10. process, Deliberate Indifference to Medical Care, Equal Protection racism, Hate Crime,

11. and failure-to-protect without fear of retaliation.  Each defendant knew that plaintiff

12. was being purposly targeted by C/O F. mohmand but instead of these defendants' stopping

13. it they joined in on it. They were all aware of the pattern, they were all aware of

14. the eight 602 grievances depicting out-right retaliation. They even answered the 602's

15. and were very aware of the esculation in deliberate attacks from F. Mohmand against

16. me but instead of interveening they all allowed this retaliation to continue while

17. each one of them contributing to it. I was targeted by all the defendants' because

18. I informed them of a racist hate crime done by one of their own and they "ALL" participated

19. in causing me harm and that they hid the facts. They "ALL" caused me a real harm and

20. violated my constitutional rights to Due Process,Medical Care, Equal Protection , not

21. to be targeted for Racist hate crimes, and they failed to protect me from these acts

22. done against me and instead condoned, and participated in causing me a real harm  and

23. knowingly violated my Fourteenth Amendment Rights under the Constitution.

24.

25.    89. For all of these reasons, facts set forth  this Honorable Court should find

26. that all of these defendants' herein did in fact violate plaintiff's Constitutional

27. rights and plaintiff should be allowed to proceed forward with this complaint.

28.

-35-

1.                    XI. PRAYER FOR RELIEF

2.   Wherefore, Plaintiff respectfully prays that this Court:

3.   A. Declare that the acts and omissions described herein violated plaintiff's rights

4.      under the Constitution and laws of the United States;

5.   B. Order Defendants' to pay compensatory and punitive damages;

6.   C. Order Defendants' to pay reasonable attorney fees and costs; and

7.   D. Grant other just and equitable relief that this honorable Court deems just and

8.   necessary.

9.

10.  Respectfully Submitted,

11.

12.

13.

14.  Pursuant to 28 U.S.C. §1746, I William Garcia declare and verify under penalty of

15.  perjury that the foregoing is true and correct under the laws of the United States

16.  of America. Executed on this 16th day of ~~March~~ 2022.

17.                                    ~~July~~

18.                                    November

19.

20.

21.

22.          _William Garcia_

23.          William Garcia
             J-77945 J-1-166L

24.          California Medical Facility
             P.O. BOX 2000

25.          Vacaville, CA. 95696

26.

27.

28.

                              -36-

Proof Of Service By Mail

2.  I the undersigned, hereby declare:

3.  (1) I am a citizen of the United States; (2) I am over the age of 18 years;

4.  (3) I am a resident of San Joaquin County, in California.

5.

6.  My mailing address is: California Health Care Facility, P.O. Box 213040,

7.  Stockton, CA. 95213.

8.  on ~~Monday~~ December 5th ~~November~~ ~~4th~~ 2022, I served a true copy of original copy

9.  of the following:

10.

11.        One copy of the Courts Notice; Motion requesting relief from the E-Filing
           25 Page System; Fifth request with Exhibits A-D; Complaint original and two

12.        copies; and one I.F.P. form.

13.

14. [X]

15. By Placing said Documents in a Sealed Postage-Paid envelope into the California

16. Health Care Facility Prison mail bag for delivery to the United States Post Office at

17. Stockton, CA. Addressed as follows:

18.  Clerk of the U.S. District Court

19. For the Eastern District of California

20. 501 I. Street, Room 4-200
     Sacramento, CA. 95814

21.

22.

23. Pursuant to 28 U.S.C. §1746, I William Garcia declare and verify that the following

24. is true and correct under Penalty of Perjury and under the laws of the United

25. States of America. Executed on this ~~4th~~ 5th day of ~~November~~ December 2022.

26.

27. William Garcia
     Print Name

28.
                                        X William Garcia
                                          William Garcia
                                          J-77945 CHB-110-D
                                          California Health Care Facility
                                          P.O. Box 213040
                                          Stockton, CA. 95213

# UNITED STATES DISTRICT COURT
### Eastern District Court of California
### Keith Holland, Clerk
### Jenna Nelson, Chief Deputy

## CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
William Garcia J-77945
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Case Number: _____

RE:   Pleadings and/or Correspondence received on : _____

☐ **CASE NUMBER:** The Eastern District case number could not be identified for the attached filing. You must write your case number on all documents submitted to the court.

☐ **FILING FEE:** The filing fee of $402.00 was not received ($5.00 for habeas petitions), nor was an application to proceed In Forma Pauperis. Enclosed is an Application to Proceed In Forma Pauperis along with your original documents. Please resubmit your documents with the completed application or filing fee.

☐ **COPYWORK:** The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.

☐ **NAME SEARCHES:** The Office of the Clerk requires a $31.00 charge, per name, to perform a records/name search. This fee must be paid in advance by check or money order to "Clerk, USDC." The search covers 1976 to present and includes civil, criminal, miscellaneous, and magistrate cases.

☐ **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rule 133 (d) (2). If you wish to have a conformed copy returned to you, you must file an original plus two copies and provide the court with a self-addressed stamped envelope with the correct postage.

☐ **CASE STATUS INQUIRES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

☐ **DISCOVERY DOCUMENTS:** Pursuant to Local Rule 250.2 (c), Interrogatories, responses and proofs of service shall not be filed with the clerk of court until there is a proceeding in which the interrogatories, production of documents or requests for admission are AT ISSUE.

☐ **LOCAL RULES:** The Eastern District of California Local Rules are available on the court website at www.caed.uscourts.gov.

☐ **LEGAL ADVICE:** The court can not give legal advice.

☐ **EVIDENCE SUBMITTED:** The court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question.

☐ **CHECKS SUBMITTED TO THE COURT:** We are returning your check or money order for the following reason:

    ☐ We have no record of your case. Please return the funds with the appropriate case number, new complaint or petition.

    ☐ Your check or money order is not complete. Please return the check made payable to "Clerk, USDC" and the appropriate and exact amount for the item requested.

    ☐ The Clerk's office is not able to accept post-dated or altered checks.  Please return payment made with an appropriately dated and/or unaltered check or money order.

☐ **REQUESTED FORMS:** Your requested forms are enclosed.

☐ **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

☐ **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated at [Selected Institutions]", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Litigation Coordinator.

☒ **OTHER:**

To be reconsidered for relief from the e-filing program please send in a COMPLETED complaint form and IFP along with this letter back to the district court. I have attached a new prisoner rights complaint form and IFP.

Thank you for your future attention to this matter.

| CP | 8/22/2022 |

Deputy Clerk      Date

Revised 01/06/2020

Date\Time: 11/15/2022 10:54:01 AM

Institution: CHCF

CDCR    Verified:

**Inmate Statement Report**

| | | | |
|---|---|---|---|
| **Start Date:** | 5/1/2022 | **Revalidation Cycle:** | All |
| **End Date:** | 11/15/2022 | **Housing Unit:** | All |
| **Inmate/Group#:** | J77945 | | |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: TRUST OFFICE

CDCR
Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| J77945 | GARCIA, WILLIAM | CHCF | C 304B1 | 110004 |

**Current Available Balance:**   $4.19

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 05/01/2022 | CMF | BEGINNING BALANCE | | | | $151.14 |
| 05/09/2022 | CMF | I/M PAY - SUPPORT | APRIL/109 | | $23.00 | $174.14 |
| 05/16/2022 | CMF | SALES | 52 | | ($114.05) | $60.09 |
| 05/22/2022 | CMF | JPAY | 0000000143567374 | | $150.00 | $210.09 |
| 06/07/2022 | CMF | I/M PAY - SUPPORT | MAY/65 | | $21.60 | $231.69 |
| 06/15/2022 | CMF | SALES | 64 | | ($230.60) | $1.09 |
| 06/27/2022 | CMF | JPAY | 0000000144804715 | | $150.00 | $151.09 |
| 07/01/2022 | CMF | I/M PAY - SUPPORT | JUNE/48 | | $18.00 | $169.09 |
| 07/06/2022 | CMF | FILING FEES DUE STATE | FILING FEE/6/29/22 | | ($3.00) | $166.09 |
| 07/06/2022 | CMF | FILING FEES DUE STATE | FILING FEE/6/29/22 | | ($3.00) | $163.09 |
| 07/08/2022 | CMF | I/M PAY - SUPPORT | L JUNE/2 | | $5.00 | $168.09 |
| 07/12/2022 | CMF | SALES | 39 | | ($167.90) | $0.19 |
| 07/26/2022 | CMF | JPAY | 0000000145798512 | | $150.00 | $150.19 |
| 08/03/2022 | CMF | I/M PAY - SUPPORT | JULY/61 | | $23.00 | $173.19 |
| 08/08/2022 | CMF | SALES | 23 | | ($172.70) | $0.49 |
| 08/24/2022 | CMF | JPAY | 0000000146843183 | | $150.00 | $150.49 |
| 08/24/2022 | CMF | TRACS TRANSFER OUT | TX08242022 | | ($150.49) | $0.00 |
| 08/24/2022 | CHCF | TRACS TRANSFER IN | TX08242022 | | $150.49 | $150.49 |
| 09/07/2022 | CMF | I/M PAY - SUPPORT | AUG/89 | | $18.00 | $18.00 |
| 09/07/2022 | CMF | TRACS TRANSFER OUT | TX09072022 | | ($18.00) | $0.00 |
| 09/07/2022 | CHCF | TRACS TRANSFER IN | TX09072022 | | $18.00 | $168.49 |
| 09/14/2022 | CHCF | SALES | 8 | | ($151.25) | $17.24 |
| 09/19/2022 | CHCF | LEGAL COPY | 09/16/2022 | | ($5.40) | $11.84 |
| 09/26/2022 | CHCF | JPAY | 0000000147982550 | | $150.00 | $161.84 |
| 10/10/2022 | CHCF | LEGAL COPY | 10/3/22 | | ($2.10) | $159.74 |
| 10/13/2022 | CHCF | LEGAL COPY | 10/6/22 | | ($1.00) | $158.74 |
| 10/13/2022 | CHCF | LEGAL COPY | 10/6/22 | | ($0.20) | $158.54 |
| 10/17/2022 | CHCF | SALES | 7 | | ($138.90) | $19.64 |
| 10/25/2022 | CHCF | JPAY | 0000000149036441 | | $150.00 | $169.64 |
| 11/04/2022 | CHCF | COPY CHARGES | 10/27/22 | | ($0.30) | $169.34 |
| 11/12/2022 | CHCF | SALES | 44 | | ($165.15) | $4.19 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | | **No information was found for the given criteria.** |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ON FILE
BY THIS OFFICE
ATTEST
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

2

## Inmate Statement Report

**Obligation List**

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

**Restitution List**

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | LA019086 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY:
TRUST OFFICE