# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PATRICK GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>F. MOHMAND, et al.,<br><br>Defendants. | No. 2:22-cv-2159-TLN-DMC<br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 15, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 22.) The time to file objections has passed, and no objections to the findings and recommendations were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations, filed on July 15, 2024 (ECF No. 22), are ADOPTED IN FULL;
2. The Court GRANTS in part and DENIES in part Defendants' Motion to Dismiss (ECF No. 15);
3. Plaintiff may file a first amended complaint within thirty (30) days of the electronic filing date of this Order;
4. If Plaintiff does not file a first amended complaint within the time permitted, this action shall proceed on Plaintiff's retaliation claims against Defendants Mohmand, Cueva, Snelling, Ali, Thurmon, and Leali only and the Court will dismiss all other claims and Defendants with prejudice; and
5. This matter is referred to the assigned magistrate judge for further proceedings.

Date: September 5, 2024

Troy L. Nunley
United States District Judge