William Garcia
J-77945 C-Dorm-178L
California Medical Facility
P.O. Box 2000
Vacaville, CA. 95696

**FILED**

**Sep 05, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1.
2.
3.
4.
5.
6.
7.
8.                    IN THE UNITED STATES DISTRICT COURT
9.                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10.
11. William Garcia,                      Case No. 2:22-cv-2159 TLN DMC (PC)
            Plaintiff,
12.
13.                                      PLAINTIFF'S FIRST AMENDED
                                         COMPLAINT.
14. V.
15.
16.
17. F. Mohmand; C. Rodriguez;
    Dr. Osmond; Dr. BA Dhillon;
18. R.N. Reyon; Lieutenant J. Thurmon;
    and 20(DOES).
19. _____/
            Defendants'
20.                            I. JURISDICTION
21.   Plaintiff brings this Lawsuit pursuant to 42 U.S.C. § 1983. This Court has the
22. Jurisdiction under 28 U.S.C. §§ 1331 & 1343.
23.
24.                               II. VENUE
25.   2. The Eastern District of California is an appropriate venue under  28 U.S.C. § 1391(b)
26. (2) because a substantial part of the events or omissions giving rise to the claims that
27. occurred in this district.
28.

                                    -1-

1.                          III. PREVIOUS LAWSUITS

2.    A. Have you ever brought any other laswuits while a prisoner:  YES

3.    B. If your answer to A is yes, how many?  Five, and one dismissed without prejudice.

4.  Describe the Lawsuit(s) in the space beliw. (IF there is more than one lawsuit, describe

5.  the additional lawsuits on another piece of paper using the same outline.).

6.

7.    1. Parties to this previous ;awsuit:

8.    Plaintiff: William Garcia

9.    Defendants: Edward Almieda, et al.,

10.   Court: Eastern District Fresno, CA.

11.   Docket No. 1:03-CV-006658-LJO-SMS

12.   Name of Judge to whom case was assigned: Lawerence J. O'Neal

13.   Disposition: Dismissed with prejudice, Difference of Opinion

14.   Approxmiate date of filing lawsuit: 2003, I don't know the Month.

15,   Approximate date of disposition: March 2006?

16.

17.   2. Parties to this previous lawsuit:

18.   Plaintiff: William Garcia

19./  Defendants: Edward Almieda, et al.,

20.   Court: Superior Court of Handford? Corcoran State Prison.

21.   Docket No. I don't know the number.

22.   Name of Judge to whom case was assigned: I Don't know

23.   Disposition: Never told assumed it was dismissed they failed to advise me.

24.   Approximate date of filing lawsuit: 2000-2006?

25.   Approximate date of disposition: I don't know

26.

27.   3. Parties to this previous lawsuit:

28.   Plaintiff: William Garcia

1.   Defendants: Ken Clark, et al.,

2.   2.Court: Eastern District, Fresno CA.

3.   3.Docket number: 1:10-CV-00447-OWW-DLB

4.   4.Name of Judge to whom case was assigned: Oliver W. Wanger-Dennis L. Beck

5.   5.Disposition: Settled

6.   6.Approximate date of filing lawsuit: August 2010

7.   7.Approximate date of disposition: June 2016

8.

9.   4. Parties to this previous lawsuit:

10.  Plaintiff: William Garcia VS. Defendants Amy Miller, et al.,

11.  2. Court: Southern District San Diego CA.

12.  3. Docket No. 14-CV-2266-BGS_LAB

13.  4. Name of Judge to whom case was assigned: Bernard G. Skomal-Larry A. Burns

14.  5. Disposition: Dismissed without prejudice, failure to exhaust-Refiled this case.

15.  6. Approximate date of filing lawsuit: 2014

16.  7. Approximate date of Disposition: May 6, 2015

17.

18.  5. parties to this previous lawsuit:

19.  Plaintiff: William Garcia

20.  Defendants: Amy Miller, et al.,

21.  2. Court: Southern District, San Diego CA.

22.  3. Docket No. I can;t find it.

23.  4. Name of Judge to whom case was assigned: I don't know, I can't find it.

24.  5. Disposition: Settled

25.  6. Approximate Date of Filing lawsuit: June of 2015

26.  7. Approximate date of Disposition: June 2016

27.

28.

1. 6. Parties to this previous lawsuit:

2. Plaintiff: William Garcia

3. Defendants: T. Padgett, et al.,

4. 2. Court: Eastern District Sacramento, CA.

5. 3. Docket No. 2:21-CV-00875-AC

6. 4. Name of Judge to whom case was assigned: Allison Claire

7. 5. Disposition: Just filed in May 17, 2021

8. 6. Approximate date of filing lawsuit: May 17, 2021

9. 7. Approximate date of disposition: Still pending in Court.

10.

11. IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

12. A. Is there a grievance procedure available at your institution: YES

13. B. Have you filed a grievance concerning the facts relating to this complaint? YES

14. C. Is the girevance process completed? YES.

15.

16.

17. V. PARTIES

18. Plaintiff William Garcia was at all times relevant to this action a prisoner incarcerated

19. at California Medical Facility, State Prison which is licated in Solono County the

20. District of the eastern district Court of California.

21.

22. Defendant F. Mohmand, was at all times relevant to this action. F. mohmand is employeed

23. as a Correctional Officer at California medical facility State Prison and she was acting

24. under color of law. F. Mohmand has a duty to ensure plaintiff's rights, health and well-

25. being and safety pf prisoners under her supervision and not cause harm or unwonton pain

26. and suffering to any one inmate in her supervision. She is sued in her official and

27. individual capacities. Defendant acted under color of Federal and State law. I believe

28. that F. Mohmand is a properly trained Officer by her supervisors who supervise her.

-4-

1. Defendant C. Rodriguez, was at all times relevant to this action. C. Rodriguez is

2. employed as a Correctional Officer at California Medical Facility State Prison and I

3. believe and upon this beilef state that she is a properly trained officer trained by her

4. Superviosrs and she was acting under color of Federal and State Law. C. Ridriguez has a

5. duty to ensure plaintiff's rights, health and well-being and asfety of prisoners under her

6. supervision and not casue harm, or unwonton pain and suffering to any one inmate in her

7. supervision. She is sued on her individual capacities.

8. Defendant, Doctor Osmond, was at all times relevant to thos action. Dr. Osmond is employeed

9. as the Chief Medical Officer-CMO at California Medical Facility-CMF State Priosn and he was

10. acting under color of Federal and State Law. Dr. Osmond has a duty to ensure that all of

11. his subordinates are properly trained. Medical personel and upon him being made aware of one

12. of his subordinates violating, harming, harassing, an inmate or his rights he has a running

13. duty to ensure plaintiff's rights, Health and well-being and safety or prisoners under his

14. supervision are not being harmed by his officers he os in charge of and ensures that no

15. harm or unwonton pain or suffering comes to any one inmate under hos supervision by him or

16. one of his subordinates. He is sued in his individual capacity.

17. Defendant Doctor BA Dhillon, was at all times relevant to this action. Dr. BA Dhillon

18. is employed as the Doctor for Unit-G-3 Wing at California Medical Facility-CMF State Prison

19. and he was acting under color of Federal and State Law. Dr. BA Dhillon has a duty to ensure

20. that all of his subordinates are properly trained Medical Personel and upon him being made

21. aware of one of his subordinates violating, harming, harassing, an inmate or his rights he

22. has a running duty to ensure plaintiff's rights, health and well-being and sagety or prisoners

23. under his supervision are not being harmed by his medical personel he is in charge of and

24. ensures that no harm or unwonton pain or suffering comes to any one inmate under his

25. superviosin by him or one of his subordinates. He is sued in his Individual Capacity.

26. Defendant Nurse J. Reyon, was at all times relevant to this action. R.N. Reyon is employeed

27. as a R.N. for Unite-G-3 Wing at California Medical Facility-CMF State Prison and she was

28. acting under color of Federal and State Law. R.N. Reyon has a duty to ensure that all of her

1. subordinates are properly trained medical personel and upon her being made aware of one of
2. her subordinates violating, harming, harassing, an inmate or his rights she has a running
3. duty to ensure plaintiff's rights, health and well-being and safety of prisoners under her
4. supervision are not being harmed by her medical personel she is in charge of and ensures
5. that no harm or unwonton pain or suffering cones to any one inmate under her supervision
6. by her or one of her subordinates. She is sued in her Individual capacity.

7.   Defendant J. Thurmon was at all times relevant to this action. J. Thurmon is employeed
8. as a Lieutenant at California Medical Facility-CMF State Prison and he was acting under color
9. of Federal and State Law. J. Thurmon has a duty to ensure that all of his subordinates
10. are properly trained and upon him being made aware of one of his subordinates violating,
11. harming, harassing, an inmate or his rights he has a running duty to ensure plaintiff's
12. rights, health and well-being and safety or prisoners under his supervision are not being
13. harmed by his officers he is in charge of and ensures that no harm or unwonton pain or
14. suffering comes to any one inmate under his supervision by him or one of his subordinates.
15. He is sued in his Individual Capacity.

16.   Plaintiff also incorporates 20 (DOE) defendants' to be named later in this action as
17. soon as plaintiff is made aware of their names. Because each one of these (DOE) defendants'
18. were at all times relevant to this action and are employeed as CDCR employee's and they
19. have a duty to ensure plaintiff's health and well-being safety of prisoners under their
20. supervisory positions due not cause any harm, or unwonton pain and suffering to any one
21. inmate in their supervisory position. And each (DOE) is sued in his/her Individual Capacities.
22.

23.   Each and everyone defendant named and un-named in this action did in fact violate
24. plaintiff's Constitutional Rights and each one of these defendants' acted hand and hand
25. and in concert to thwart plaintiff's rights and cause a real harm to him. This was done
26. knowingly, willing, and maliciously to cuase plaintiff pain and suffering and to deny
27. plaintiff any type of due process under the Constitution of the United States of America.
28.

1. And each one named and un-named are liable for their actions herein.

2.

3.                           VI. FACTUAL ALLIGATIONS

4.    24. I came to California Medical Facility-CMF on October 24, 2019 from Mule Creek State

5. Prison.

6.    25. I suffer from numerous medical conditions. (1). Fibromyalgia; (2) Severe degeneration

7. of my neck C-Spine. Stenosis, Spinal Stenosis, facuit Hypertrophy, buldging disc's, Narrowing

8. of the spine, spondylosos, cord flattening, Nerve root impingments, degenerative disc and

9. joint disease, arthritis, and more serious conditions related to my neck. (3) Severe Lower

10. Back Degeneration of my L-Spine and S-Spine. Stenosis, spinal stenosis, facuet hypertrophy

11. spondylosis, buldging diac's, cord flattening, impinged nerve roots, narrowing of spine,

12. Arthritis, spine pushed up against my spinal cord causing me to have drop leg on my right

13. leg, degenerative disc and joint disease, and more serious conditions related to my Lower

14. back. (4) Both of my Knees are Severely Damaged so bad that I need total knee replacement

15. on my left knee and surgery on my right. Because of this I can't walk properly or far. My

16. knees give out, loss of strength. I am left in severe pain all day in both my knees. I

17. suffer from progressive/severe Ostyoarthritis. I can't bend down, run, squat, climb stairs,

18. laying down, I can't bend my knees, laying in a fetal position causes severe pain. I am

19. denied any treatment and I am denied knee replacements claiming I am to yong and for me

20. to just suffer. (5) I have hypertension-high blood pressure. (6) I have dislimpiedia, my

21. body creats cholestorol in my blood stream which if not treated can and will cause a

22. Heart-Attack, stroke, or death. (7) I suffer from non-specific Chest Wall Pain which mimic's

23. a Heart-Attack like feeling. Pain in my chest, left arm, into my left side on my face, into

24. my left eye, and down the left side of my cheek. (8) I have White Brain Matter damage to

25. which they have refused to treat. (9) I suffer from Bi-lateral maxillary and Bi-lateral

26. ethmoid sinusitis, right maxillary sinys polyp or mucous retention cyst, several scattered

27. foci of ischemia and/or demyelination.(10) Gastritis. (11) Two Bad Hips Arthritis and Right

28. and left damage, old damage from old injuries causing me to not walk good severe pain when

1. (12) Diabetis. (13) EMG and NCV findings show 1. Abnormal NCV and EMG. 2. Evidence of right
2. ulnar and motor Neropathy. 3. Bi-lateral ulnar Neuropathy, 4. B/L C<16 Radioculapathy
3. cannot be excluded. 5. Clinical corrolation necessary. They have never did anything for
4. this condition just leave me to suffer and stated until I can't lift my head up or my arms
5. any more we are not going to do anything for you. (14) Severe Stomache pain. It makes me
6. feel like I am going to die and they have left me in this condition with no type of relief
7. I fear that I am going to die before I receive any help. I have been this way since
8. September of 2020 and I have been left in such severe pain that I just lay in my bed and
9. pray for death. It is so bad I don't know if I am going to live or die.

10.    26. Now, all 14 conditions merge together and they cause me such severe pain and sufferin
11. I truely pray for death. I can't function in a normal daily course of living that is
12. prosperous to a healthy functional course of life. I can't do anything well. Walk, run,
13. work out, exercise, play sports, read, write, sit-up for any length of time, because of
14. the severe pain it causes. I can't hold my head up, I get suck to my stomache, severe pain
15. overwhelms me I feel like I am going to die literally I "HAVE" to lay down litterally rest
16. my neck, take the pressure off of my neck but the other pain continues.

17.    27. So at this point I was sent to California Medical Facility-CMF to its"OUT PATIENT
18. HOUSING UNIT-OHU" OHU From this point on. Beccause I can't function properely on a
19. General Population Yard.

20.    28. So my doctor Dr. Matharu filed the appropriate documents and provided all the
21. necessary Medical Records, Diagnostic Data out-come to support the clains and submitted
22. them to the proper medical agency in CDCR to which is [Health Care Placement Over-Sight
23. Program-HCPOP] from this poing forward HCPOP. This is a team of doctors who determine
24. through policy, medical history, diagnostic data, tests, and extensive diagnosis, andtests,
25. and documentation to place inmate's with severe cronic medical conditions into the proper
26. housing in CDCR. They must see if the inmate meets all of the criteria set forth to be
27. placed into specialized housing either temporary or permenant. Due to all my severe
28. medical conditions  HCPOP found me appropriate/suitable under their ploicies and procedures



1. to place me "PERMENANT" into OHU which means because of my severe chronic conditions I meet
2. the standards of care to be housed appropriately in OHU as a PERMENANT INMATE PATIENT.
3. 29. So I was then transfered from Mule Creek State Prison to California Medical Facility
4. State Prison into their OHU G-Wing/Unit. See Exhibit (A).

5. 30. Now, for over (7)Seven Years I was disciplinary Free. No disciplinary write ups,
6. or punishments. I had gone to the Board of Prison Hearings in 2018 while there I was told
7. to stay disciplanary free take self help classes, read a specific book and give an essay
8. on it and in 2025 I will be hopefully released on the elderly parol.

9. 31. Now, as I am in CMF's OHU Unit my conditions were slowely getting worse I contracted
10. a new condition, my severe stomache pain. I was laid up in my dorm in my bed since I
11. arrived. I did not go anywhere really only on ducats, store, and straight back to my bed
12. I was in to much pain, the doctors and nursing staff were fully aware of this. They knew
13. of my conditions, new that I could not walk far, knew I came to them suffering in severe
14. pain and I was endorced as a "PERMENANT" OHU patient. Every day I would either ring the
15. Nursing call button requesting the nurses to come to my dorm for help because of the pain
16. I am in or at pill call I would inform them and they would tend to my needs the best they
17. could. But ultimately I needed a doctor's intervention and specialists care.

18. 32. So as I was in OHU I had no disciplinary problems. I got along with both Correctional
19. Staff as well as medical staff. I had a good repore and I truely believed that they had
20. my health and well-being at hand This took place from October 24, 2019 to May 24, 2020.
21. 33. Then out of the blue they changed the Correctional Officer. C/O Gemo was removed
22. and a C/O F. Mohmand took his place. This took place on May 25 2020.

23. 34. Now, at this point I had filed a 602 grievance on the program on 5/24/20 because
24. we were all being locked down every day from 6:00am until 11:00am let out for one hour
25. then locked up until 1-1:30pm. We are the only unit/wing in CMF that this is happening to
26. no showers, phone calls, day-room, then at 11:00am you have 72 inmates fighting/arguing
27. for the phone, showers, pinning the Black inmates against the Mexicans, Whites, because
28. it is so racially unballanced here we had many altercations over the phone and showers

1. due to being locked down for 7 hours out of a 8 hour shift by CDCR Officers. I filed this

2. 602 and it was answered by a Lieutenant K. Ancheta who lied and falsified this state

3. document and tried to state that OHU health care staff utlize the allotted time from

4. 0730 to 10:00am and 11:00 am to 12:00 pm to pass out medication and provide medical care

5. by health care staff, which vary depending on individual needs. The close custody count

6. is conducted from 12:00 to 1300 hours. This is a misrepresentation, Program runs non-stop

7. from 6:30am chow until 9:00pm lock-up. Everyone is out going to the canteen/store or

8. medical ducats going to work. The 8:00am program release all day even night except with the

9. the yard. The yard runs all day but no night yard. So I wrote to the Chief Medical Officer

10. Defendant Dr. Osmond, and he clearly verified that the medical dept. quoting: "Nursing Passes

11. meds between 7-8-30(count)and they are not involved in day room access, showers, or

12. phonecalls. Please address it with custody." Because it is CDCR staff, custody responsible

13. for program. It has always been, but they lied falsified this 602 and violated my rights

14. in wrongly locking me down while everyone else in CMF was allowed to program and blamed

15. it on the medical Dept. See exhibit (B).

16.    35. So after I filed this 602 on 5/24/20, I was immediately targeted by Correctional

17. Officer F. Mohmand. On 5/25/20, I asked C/O F. Mohmand if we are going to be locked down

18. or are we going to have program after medication pass around 8-30am. She got upset that

19. I asked this question and she said get away from me and started walking away. I explained

20. to her that I had 602ed this issue of being locked down, she looked at me and said "I

21. don't care, I'll run it my way!" We were locked up from 6:30am until 11:00am andthen

22. locked up again until 1-1:30pm. This only took place in G-3-Wing. Everyone else was allowed

23. program in CMF but us.

24.    36. The very next day at breakfast, all of a sudden my Religious Kosher Meals consisting

25. of my breakfast, Lunch did not show up. All of the rest of the meals showed up. Medical

26. Diets, Regular Meals, Religious Meat Alternative-RMA or Halal Muslem, and Vegitarian. But

27. my Religious Kosher Meals were not on the cart. Now I know it is C/O F. Mohmand because

28. there was a mix up back on 12/6/19 and it was corrected and my meals were placed on the

1. food care for delivery just as all the other meals are. See exhibit (C).

2. 37. So when she came at 6:30am with all the meals and passed out everyone's food except
3. for mine, I told her I need my kosher meals, that I can't do my prayers without my food.
4. I was denied my religious Practices. This is very important. I must first wash my hands,
5. the table I sit myst be clensed and purified with hot boiling water making sure I am facing
6. east towards Israel, then I stand facing east and recite my prayers that must be done with
7. both prayer and food. This is a must. I told her she was deliberately denying me my right
8. to practice my religious beliefs. This is a commandment, a law set forth by my G-d. If you
9. are refusing to provide me with my religious meals and forcing me to sin against my G-d
10. and to also starve I need to see a Sergeant or Lieutenant or Captain, that I am not going
11. to lock up until I get my food or see your supervisors. Then C/O F. Mohmand went and
12. called the Kitchen ant they brought my kosher meals a 9:30am 3½ hours later.

13. 38. The next morning the same thing. She knows that I can't do my prayers properly
14. that I am sinning against my G-d. My prayers and my food go hand and hand. There were two
15. Black Muslem inmates who O knew and were friends with. Inmate Dee and inmate Newsome.
16. At this time I did not know that C/O F. Mohmand was telling the black muslem inmates
17. that I was saying F-Muslem's and I was disrespecting C/O Mohmand who is a devout Muslem.
18. i was getting foul comments from the black inmate muslem population in G-3-Wing. I did not
19. even know what was happening. All these muslem inmates were friends, aquaintenceses. They
20. all knew I was Jewish, we all got along fine until C/O Mohmand found out i am Jewish.

21. 39. Again the next day the same treatment. I was deliberately refused my religious kosher
22. meals by C/O mohmand, and I could not do my prayers properly. C/O Mohmand knows this
23. because in her religion she also must give thanks and go through a religious ritual. She
24. just slammed the cell door in my face and walked away laughing and telling the inmate h
25. helpers F-the Jews!

26. 40. So at 8:00am pill call I went and again told her I need my religious kosher meals,
27. that it is part of my prayers, religious practices that I can't do my prayers as commanded
28. by my G-d. She would stand there and laugh at me then she would walk down to dorm (4)four

1. where all the muslem inmates are and she would make foul remarks about me to them and they
2. would look at me and laugh. I did not know at the time what she was telling them, she then
3. would come back to where I was and she would give me a hard time and make me beg for my food.
4. causing me to sin against my G-d. She would laugh thinking it was funny to deny me my
5. religious practices and prayers and food rituals.

6.     41. This went on for almost (1)one month. Then on 6/4/20 C/O F. Mohmand and P. Barboza
7. refused to give me my breakfast and lunch, they were esculating their mental emotional
8. and physical abuse on me. I was being degraded, belittled, mocked, they were making fun of
9. me as a jew, my religious practices, prayers and food, trying to make me beg like a dog for
10. my food degrading me my religious practices my G-d and using my food to do it. Then she
11. stated to me after I once again asked for my religious kosher meals "She does not care about
12. my race, religion, or my food. It is not her job to get it!" Then C/O Barboza started
13. laughing with her and said 602 it like you did the program! refering to Exhibit (B). Then
14. mohmand stated "I AM MUSLEM! I DON"T CARE ABOUT YOU (ME BEING A JEW) OR YOUR RELIGION! I
15. GAVE YOUR I.D. CARD TO R.N. CHAMPION. THEY CAN GET YOUR FOOD!"

16.     42. CDCR's CCR Title 15 §§'s 3050(a)(2) Article 4. Food Service, Regular Meals; 3054(a)
17. (b)(c) Religious Diet Program; and 3054.2(f)Kosher Diet Program. CDCR has a duty to ensure
18. that I receive my religious kosher meals and not to be retaliated against for my Race,
19. Religion, and Beliefs. C/O Mohmand has a duty to ensure that I receive my meals and not be
20. retaliated against harassed, or treated different than any other inmate in her supervision.
21. The medical dept. has no authority over my religious kosher diet that is privided only by
22. CDCR. All meals are brought up to all G-1-2-3-wings units by each C/O assigned to their
23. unit/wing. I was deliberately targeted by C/O's F. Mohmand and P. Barboza.

24.     43. So on this day I received no meals. I was starved, denied my religious practices
25. which includes my morning prayers with my food, my afternoon prayers which also included
26. my lunch. G-d commanded us to keep His commandments. It os for me to do and to be Holy for
27. my G-d. Then the next day I received no food. This action of not giving me my meals occured
28. from 5/25/20 to 6/20/20. after I filed the 602 on C/O's F. Mohmand and P. Barboza. See

1. Exhibit ( ).

2.    44. After filing the 602 on C/O's Mohmand and Barboza. I was called out of my dorm by
3. Internal Affairs for failure to provide my religious knsher meals and Anti-Semitic Hate
4. Crimes against me. They got wind of what was happening and they interviewed me asking me
5. what is going on. I explained to them how I was being racially attacked by C/O's Mohmand
6. and Barboza who were denying me my religious kowher meals and stopping me from doing my
7. prayers and rituals, and how she was trying to get muslem inmates to jump me, she is not
8. bringing me my religious kosher meals, she said she does not care about me a Jew, my
9. religion, or my food, I can starve! she makes fun of me every day, flips me off, locks
10. me in my cell, I don't come out in fear of retaliation. I just sit in my cell, she threatens
11. to have me removed from OHU Out-Patient-Housing-Unit and take away my specialized medical
12. care. She trys to get the other muslem inmates to jump me on a daily basis. But instead of
13. internal affairs doing their job, they allowed her to continue to do this HATE CRIME against
14. me for my race, religious beliefs, practices and prayers, denial of food, and hatred for
15. Jewish people. See Exhibit (D).

16.    45. At the same time C/O Mohmand started abusing inmate Miguel Diaz, CDCR#T-83077
17. beecuse he spoke up on my behalf when she started her attack on me. She turned her rath
18. on him and she started verbally, mentally and psysically abusing him and he was present at
19. many actions that took place against me as I was there with him when C/O Mohmand attacked
20. him and I together and she had him removed from OHU and he ended up loosing half of his
21. foot due to her actions. Inmate Diaz's declaration and complaints against C/O F. Mohmand
22. and how she continued to do Hate Crimes against me and I/M Diaz. See Exhibit ( ).

23.    46. So as this Anti-Semitic hate crime continued, I continued to inform Correctional
24. Supervisors and the Warden of the continous acts against me. I filed numerous Inmate
25. Request for Interviews on 7/7/20 to Warden Cueva, Associate Warden J. Snelling, Captain
26. J. Ali, Lieutenant J. Thurmon, Sergeant C. Liali. I sent these inmate Requests directly
27. to these supervisors but they refused to respond/answer them and I was continously assaulted
28. by C/O F. Mohmand. See Exhibit (E).

1. Accommodation Request 1824. on this day. I and inmate Diaz were standing in the Medical
2. Line waiting for our medication when C/O F. Mohmand walked past me and made rude sounds
3. giong Blah, Blah, Blah. Stating I am talking to much, then on her way back she said
4. in a loud voice "You Can't get rid of me, Ha Ha!" Then she stopped looked at me and
5. made fun of my Handi-Cap. She bent over acted like she had a wheel-walker in her hand
6. then she started walking like she was impaired, then she made retarded sounds: "Da,
7. Da, Da," and walked straight up to my face and started laughing at me. She was mocking
8. me belittling me degrading me, then she walked over to i/M Diaz and made the same
9. retarded shouds right in Diaz's face. She started laughing then left.

10. 49. That same night on 7/6/20, she worked a double shift. I am a diabetic and when
11. she came to let me in after I received my diabetic shot, she started yelling at me
12. "Get out of my way, Now you can write me up for laughing at you and making you cry!."
13. She is very abusive to me on a daily basis, and I continue to advise her supervisors
14. verbally and on paper to no avail.

15. 51. On 7/7/20, I filed a 1824 Reasonable Accommodation Request on her  See Exhibit (8).
16. 49 Now after this act on 7/7/20, and I filed this 1824, against C/O F. Mohmand, and
17. three 602 grievances against her, Staff complaints to her supervisors incliding inmate
18. request for interviews, I was given a falsified 115 Rules Violation Report-CDCR-RVR-115.
19. In this 115 C/O Mohmand stated that I/M Diaz was told to put his mask on but instead she
20. claims that he said Fuck off Bitch I don't have face mask on cause I don't want to put
21. it while I am talking. Then she said he said you are fucking bitch tllk my library
22. privilege! Then C/O Mohmand said that I said to I/M Diaz, Hey Bro, I told you that she
23. is fucking ugly racism bitch!

24. 49. This never took place. This was and is a lie. She wrote thos false 115 out of
25. retaliation because I told her I was going to file a 602 grievance on her, a Staff
26. Complaint for her actions on 7/6/20. and I put it in on 7/7/20, refer to Exhibit (6).
27. 50. So when this false 115 was heard by defendant J. Thurmon, he denied all my wittnesses
28. he failed to allow I/M Diaz to answer questions that would clearly show the abyse

1. and then they would have to properly investigate this anti-semitic hate crime, and he
2. again refused tolisten to me and I told him directly how I am being assaulted a hate
3. crime against me C/O Mohmand's continous attacks on my race, religion, prayers and food,
4. he laughed and said "I am going to find you guilty!" I told him that this is a miscarage
5. of justice, and you are railroading me. I am being continously assaulted and I have
6. notified you verbally, and in writing as I have also done to all your Supervisors to no
7. avail. I was targeted and punished by C/O Mohmand for trying to notify her supervisors,
8. instead of J. Thurmon interveening he found me guilty and allowed C/O Mohmand to continue
9. to throw away my food, flip me off, try and get inmates to jump me, stop my prayers
10. knowingly causing me to sin against my G-d . She is muslem and she also has specific
11. prayers she must follow every day which includes her meals breakfast, lunch, and dinner.
12. She does hers but she attacks mine knowing it causes me to sin. See Exhibit (G).
13.    51. I cintinued to notify the Warden D. Cueva, A.W. Snelling, A.W. Hurtado, Captain
14. J. Ali, Captain R. Brown, Lieutenant J. Thurmon, Sergeant C. Leali. I continue to
15. verbally and on paper inform them byt instead of interveening they allowed these attacks
16. to continue.  See Exhibit (H).
17.    52. On 10/4/20, I filed a CDCR 602 grievance on A.W. J. Snelling, Captain Ali, Lieutenant
18. Thurmon, Sergeant Leali, Sergeant Fisk, and CDW Benevidez. They failed to process this
19. 602 grievance and screened it out because I specifically gave their names as accomplices
20. in condoning the hate crimes against me. They all knew what was happening and here they
21. screened it out and stated your request will be addressed by an administrader or at
22. California Medical Facility. Any questions about the status of this request should be
23. addressed by your counselor or agent. I was denied my due process to have my 602
24. grievance heard because they are trying to cover it up. They knew what is happening but
25. they are condoning this havt crime and they don't want to acknowledge it. They think it
26. will just go away and their names wont be in it as accompliances who condone racist
27. anti-semitic hate crimes against Jewish Prisoners. See Exhibit (I).
28.    53. As this was taking place I was called by my Counselor CCI J. Russell, because it was

-15-

1. my yearly anual to see my program status. I was taken in absentia because as my counselor
2. and I discussed my programming it was stated that there was no reason for me to be there
3. based on a positive programming and nothing was going to change. It was a continue
4. present program. This took place on 10/13/20, and in my classification committee chrono
5. it clearly states at the section committee comments at CDCR 7536: Medical Classification
6. Chrono: 128-c dated 10/23/19 Level of care OHU; Medical Risk: High Risk. Then at the
7. bottom of page 1, it states: I/M Garcia is "Properely endorced to CMF-OHU (Permenant)
8. from MCSP per 'HCPOP' non-committee endorcement. Dated 10/23/19. This clearly shows I was
9. a permenant OHU patient not temporary, and I was removed from OHU out of retaliation for
10. filing these 602 grievances and reporting a hate crime. Also attached is my initial
11. classification committee chrono by Correctional Counselor CCi N. Gill. The classification
12. committee chrono is essentually the same I/M Garcia arrived at CMF 10/24/19 from MCSP
13. and is properely endorced to CMF-OHU permenant per HCPOP non-committee endorcrement 10/23/19
14. This is on page 1, dated 10/29/19. Then on page 2, committee action: UCC accepts subject
15. to CMF-OHU Permenant!

16.    54. I just had my anual and I was retained here in CMF as a permenant OHU patient due
17. to the severity of my medical conditions in my classification committee of 10/3/20 by
18. J. Russell. Then why is it that 23 days later I was removed? from OHU. Nothing changed
19. in my medical conditions they only got worse. I was/am a permenant OHU and this was done
20. for only one reason to continue to punish torture and create a hate crime against me for
21. speaking up and trying to receive help from the racist anti-semitic assaults. Hate Crime
22. See Exhibit (J).

23. Now C/O Mohmand was attacking I/M's Newsome, Johnson, and Pennington. I/M's Newsome and
24. Johnson were C/O Mohmand's workers. I/M's Johnson and Pennington are Muslem inmates.
25. These three along with other muslem I/M's were the one's at the begining who believed what
26. C/O Mohmand was telling them about me, and she had them so rialed up that that were going
27. to jump me at C/O Mohmands orders. But this changer when they found out that it was all a
28. lie and then they again became my friend and wheb C/O Mohmand seen this right in front  of

-16-

1. me she stated: that I/M's Newsome, Johnson, and pennington are bad muslems and she is
2. going to get them!

3. 56. I suffer from P.T.S.D. I went through this twice before once in SATF-Corcoran and
4. once in Centinela State Prison. Here I was starved, degraded, belittled, mocked which
5. lasted for years. I was every day assaulted and starved by the Green Wall gang a part of
6. CDCR's group. So because if this abuse I suffer from trauma caused by those C/O's. I
7. am once again facing the very same treatment and I am traumatized and I needed to see a
8. Psyic due to this abuse. This is a systemic problem here it runs rampid throughout CDCR's
9. Correctional Officers. I suffer to this day because of C/O Mohmand and now the Medical
10. Staff. It is not like I can leave. See exhibit(K) also see Page (3) of Complaint, Lawsuits.
11.  57. So once again C/O's Mohmand and Rodriguez are still throwing my food on the  floor
12. and using their dirty feet to kick it into my cell defiling my food and denying me the
13. right to practice my prayers together as commanded by G-d. Anti-Semitic racist remarks
14. and verbal abuse  with degrading, belittling, and harassment. I tried once again to
15. get someone to listen I filed more inmate request for interviews to her supervisors.
16. This is the only way to communicate with them is through inmate requests period. This
17. is how it is done. I again wrote to CMO-Dr Osmond, AW Snelling, AW Hurtado, Captain Ali,
18. Captain Brown, Lt. Thurmon, Sgt. Leali, Rabbi Zaklos trying to receive help from this
19. anti-semitic hate crime to no avail. The only one who answered was Rabbi Zaklos who
20. told me to get off of the Kosher Diet. See Exhibit (L).

21.  58. I even wrote a (4)four page letter to the Warden D. Cueva on 1021/20 to no avail,
22. he passed it off to another AW who did nothing. See Exhibit (M).

23. So I am unable to eat my Religious food or do my prayers as commanded by my G-d due to
24. the fact that C/O's Mohmand and Rodriguez are constantly throwing my food on the floor
25. and then using their dirty boots to kick my food in the cell doordefiling my food and
26. causing me to starve. I can't and wont eat food off of the floor and food that has been
27. kicked with dirty boots on and then they would laugh and close the door and walk away.
28. See Exhibit (N).

1.   59. It has now esculated into my medical care. I had submitted this 602 grievance (1)

2. day prior to being wrongly removed from OHU where I was a permanent inmate-patient

3. because of all my serious medical conditions that never gotten better but only gotten worse

4. So I had to wait 14 days to file another 602 grievance on C/O Mohmand for having me illeg-

5. ally removed from OHU. This 602 grievance once again informed all her supervisors of her

6. deliberate attacks and now this final attack to remove me fron OHU. She interveened into

7. my private protected HIPPA confidential medical care, violating all my privacy rights, and

8. she minipulated the medical dept. specifically R.N. Reyon, Dr. BA Dhillon, and CMO Dr.

9. Osmond. CDCR officers "DO NOT" have the authority to remove a inmate/patient out of OHU

10. only the medical Dept. can do this specifically a doctor who must submit a request to

11. HCPOP along with diagnostic data supporting their claims. She needed this medical staff

12. to have me removed. Without them she can't do it. They had to come together to acomplish

13. this and in discovery it will be shown in the text, E-Mails and documents that will

14. cooberate this fact. See Exhibit (O).

15.   60. Now on 11/4/20, I called R.N. Reyon to my dorm in the AM around 6:30am. I was

16. explaining to her about what is happening here with me being racially and religiously

17. attacked for 7 months by C/O F. Mohmand and that I truely believe that she is going to

18. have me removed from OHU. out of further retaliation against me. RN Reyon is fully aware

19. of what has transpired up to this point, as the medical dept. here has clashed with C?O

20. Mohmand. At this point as I was explaining this to her little did I know that RN Reyon

21. and C/O Mohmand were already working together to have me removed from OHU. Because only

22. a medical doctor can remove me from OHU by submitting to the HCPOP medical Board a discharge

23. order with documented data outcome supporting this act. No C/O has the authority to remove

24. a inmate/patient from OHU. They would have to get the approval from a doctor to do so,

25. which means they would have to get a Nurse and a doctor to agree to have on inmate/patient

26. removed.  C/O Mohmand and RN Reyon went into the Nursing station and they had a discussion

27. then 10 minuets later they both came out looking directly at me, then they went onto the

28. doctors office for another 10 minuets. When they came out they were both smiling at me

-18-

1. when they passed by me C/O Mohmand stated BYe, Bye! with a little hand waive. Right after
2. this the doctors Technician came out and said the doctor wants to talk to me. I don't know
3. why, because I just seen him. I was not scheduled to see him for another 3 months. So as
4. i went in Dr. Dhillon stated to me he is removing me from OHU. That the committee said to.
5. I am a permenant OHU patient sent here by the Health Care Placement Over-sight Program-HCPOP
6. They have the only authority to place or remove a inmate patient into or out of OHU. This
7. action was done through these three defendants' Dr. Dhillon, RN Reyon and C/O Mohmand who
8. just had a meeting of the minds, came to an agreement to remove me from OHU. They did
9. this act directly in front of me, and they let me know. I just went to Committee and they
10. stated to retain me in OHU as a permenant inmate patient. I just seen this doctor a week
11. prior and I was not scheduled to see him for another 3 months.

12.    61. As I stated I did not know RN Reyon was conspiring with C/O Mohmand and Dr. Dhillon
13. to have me discharged under false pretences. Because the only way I could be discharged
14. is by a doctor and HCPOP. By the time I seen it comming it was too late. C/O Mohmand had
15. to incorporate RN Reyon and Dr. Dhillon. This is the only way that I can be discharged.
16. Again C/O Mohmand does not have the power to discharge me, she needed help to do it. Now
17. C/O mohmand was a Medical Tecnical Assistant-MTA which is a CDCR medical assistant who
18. works hand and hand together with the medical staff here. She worked as a MTA for 20+ years
19. and she knows all of the medical staff. But when they fased out MTA's she had to choose
20. which job to take either go to school to be trained as a M.A. medical Assistant, anL.V.N.
21. Licenced Vocational Nurse or a Nurse. Or transfer over to a Correctional Officer, which
22. was easier since she was hired by CDCR and already in its employee. I am stating this to
23. let this Honorable Court know that C/O Mohmand had and has a repore with this medical
24. dept. its staff as she worked hand and hand with them for 20+ years as a MTA. So they are
25. and were very familiar with each other. This is another connection in her acts to minipulate
26. these defendants' into having me wrongly removed from OHU.

27.    62. Now on 11/5/20 after telling CDCR supervisors and Medical Staff along with the
28. Warden D. Cueva, of the continous anti-semitic recist hate crimes that have been taking

1. place against me and the last notifications, letter to the warden and to CMO Dr. Osmond,
2. I was removed from OHU. I continued to vioce my claims of a hate crime done against me.
3. Sgt. Leali came and told me he dones not care about the hate crime, your moving! and that
4. is it or you can go to add/seg. I tried to tell him I am not going anywhere until CDCR
5. acknowledges the hate crime against me. He refused to acknowledge it, he does not care
6. trying to avoid this hate crime and failing to do his job and uphold the law he swor to.
7. So instead of telling me he was going to investigate it, he placed me into add/seg. for
8. me trying to expose this hate crime, for speaking up, for being a whistle blower. I was
9. again punished by the actions of C/O Mohmand RN. Reyon, Dr. Dhillon and Dr. Osmond who
10. falsified my medical documents to which they all completed their task of having me removed
11. from OHU at the request of C/O Mohmand who then incorporated the assistance of these
12. defendants' who all came together to do one specific task to have me removed from OHU.
13. Each one played a specific part in this. They all came to a meeting of the minds to do
14. one specific act to have me removed from OHU to which they accomplished. This can be
15. proven with discovery to where there is E-mails and texts to this effect by each and
16. every one of them not just them but other players also involved which can be proven in
17. my discovery, but this Honorable Court must grant me discovery to prove this fact and also
18. I will be able to retrieve the HCPOP documents showing why I was placed into OHU as a
19. permenant Inmate Patient. Because of there deliberate acts I have suffered irreprial
20. harm. By them removing me I caught Covid 19, got my jaw broke in two places, received
21. the needed surgery a medical device placed into my lower back to help me walk. A SCS
22. Spinal Cord Stimulator, and I am awaiting another SCS device into my neck to help me
23. again be mobile in my upper torso.  This treatment is what I was suppose to receive in
24. OHU but because of C/O Mohmand's hatred for me being a Jew she incoporated these defendants'
25. into her plan to have me removed an it worked they all agreed to remove me and they
26. completed their task. I was removed and placed into Add/Seg.
27.    63. As I sat in Add/Seg. for trying to inform CDCR of a hate crime. The more I informed
28. them the more they refused to acknowledge it.  As I waited to go to ICC Committee to try

1. and receive help for what is happening to me I 602ed Dr. Osmond for his part on this action
2. on 11/5/20 who along with Dr. Dhillon came to a understanding started by C/O Mohmand and
3. RN Reyon and Dr. Dhillon who came to the meeting of the minds first to have me removed
4. who then incorporated Dr. Osmond to also have the same understanding of having me
5. removed from OHU. Dr. Osmond came to see me on this day and he stated to me "I am
6. personally discharging you from OHU. That you are better!" I told him I am permenant OHU
7. and I am not better, what did you fix? he stated: "It does not matter your out of here!"
8. I told him it is because I informed you of the hate crime against me and the 8 602's I
9. wrote up against C/O Mohmand. He Stated: She is my Muslem Sister, your out of here!"
10. Now Dr. Osmond and Dr. Dhillon are friends, they both came to an understanding and had
11. only one goal in mind to have me removed from OHU. to which they accomplished with the
12. help of RN. Reyon and C/O  Mohmand who got the ball rolling.
13.    64. As a resualt of all of the defendants' acts I sat in add/seg. in severe pain. I was
14. taken to the Treatment and Triage Area-TTA for worsening and generalized pain. I was
15. placed in add/seg. to cover up the hate crime. I was punished and left to suffer and or
16. die. every day I felt like it was my last day, but I would not die just lay there in
17. severe pain with no type of relief in sight due to the defendants' deliberate acts.  I
18. layed there praying for deth. But it did not come. I just laied there suffering in
19. severe pain. All my medical care taken away by Dr.'s Dhillon and Osmond. They did not
20. care or even take the minimal steps to ensure my 14 conditions were under control. Left
21. to suffer or die for notifying them of a racist hate crime. Instead they joined in to
22. ensure my removal from OHU was completed regardless of the harm it placed me in and
23. how they disregarded my life.
24    65. I wrote letters to HCPOP the Health Care Placement Over-sight Program in Elk
25. Grove CA. on Largeleaf Dr. I placed it into a sealed envelope addressed to them but
26. instead of this Federally Protected Letter going to HCPOP it was deliberately rerouted
27. to the Health Care Correspondence and Appeals Branch by the Medical Dept. Staff to not
28. allow me to receive a response from HCPOP violating my constitutional rights to mail Service.

1. So because of these actions i was unable to retreve my HCPOP medical Documents which are
2. part of my discovery. CDCR is in charge of these documents but they refuse to let me
3. retreve them. This is why I need to be allowed discovery so I can show beyond a reasonable
4. doubt that I was in fact Permenant OHU and that these defendants' did in fact violate my
5. rights and did cause me unwonton pain and suffering and did place my life, health and
6. well being in danger. They canceled all my medical care, I cought Covid-19, I got my
7. jaw broke in two places because I was and am unable to defend myself due to my medical
8. conditions, and I am now receiving the needed medical care after 4 years to where I am
9. having surgery to have spinal cord stimulat placed into my lower spine. this took place on
10. 2/12/24. I am awaiting the second SCS placed into my upper spine so I can live a normal
11. life. C/O Mohmand, Dr. Dhillon, Dr. Osmond and RN Reyon did not care about my serious
12. medical conditions and they threw me into general population where I was removed from
13. due to me not being able to function in a normal daily way of life. They caused me a real
14. harm and they all came to an agreement, a meeting of the minds and they did accomplish
15. what they set out to do and that is to collectively remove me from OHU and caused me a
16. real harm.

17.     66. So as I could not retreve my HCPOP records because CDCR and its medical staff are
18. refusing to give them to me violating my rights. They are refusing because these
19. medical documents will show beyond a reasonable doubt that they did in fact violate me.
20. I wrote my sister Kathy Hope and explained to her what has happened. She is an ex-postal
21. worker who retired after 30 years of service and she is ex-Army(WAX). So I sent her the
22. two letters I wrote to (HCPOP) for mailing to (HCPOP) by her. They did receive it at
23. (HCPOP), but instead of (HCPOP) responding back on my two letters and the letter my sister
24. sent all of them ceritified to 8260 Largeleaf Dr. Elk Grove CA. 95758. They refused to
25. respond and once again my sister received a letter from the Health Care Correspondence
26. Appeals Branch_HCCAB 602 grievance. They have continued to not respond and provide me
27. and my sister my protected Health Care Records from HCPOP. See Exhibit (P).

28.     67. Every time I went to my classification herarig in Add/Seg. I verbally told the

1. committee that I am a victim of a racist hate crime. I was told every time by these
2. individuals to sit down and shut up! they don't care. There was also every time I went in
3. ISU-investigative Security Unit Officers, to whome I told also to no avail they did not
4. care. They were placing my life and health and well being in danger of being severely
5. harmed and or death. my health does not allow me to function in a general population
6. setting due to me not being able to do normal daily activities with out being in severe
7. pain and prone to falling downand causing me severe physical harm. Also I am unable to
8. protect myself from other inmates, especially younger ones due to my serious medical
9. conditions and they knowingly placed my life in harms way. I cought Covid-19 where there
10. was none in G-3-Wing. I got Jumped bytwo active inmates at two separate times just minuets
11. apart the first one punchs were thrown, the second one was allowed to jump up off the
12. ground run over and kick me in my face breaking my jaw in two places, because I was
13. unable to defend myself. I could have been killed. In stead I got a broken Jaw. This
14. all took place because of C/O F. Mohmand, C/O C. Rodriguez, RN Reyon, Dr. Dhillon, Dr.
15. Osmond who knew I could not function in a General Population setting and deliberately had
16. me removed from OHU. They did not care, they came to an understanding and they set out and
17. accomplished their task to remove me from OHU. This was a meeting of the minds and they
18. all came to this understanding. I was severely injured and almost killed. A severe blow
19. to my head. I turned my head just in time to not take the full force of the impact.
20.     68. I contacted my two sisters Jackie Tapia, and Kathy Hope who started keeping records
21. calling the prison, requesting my medical records, and mailing out letters to the doctors
22. here specifically Dr. Osmond, the Warden D. Cueva both calling them and also to HCPOP
23. requesting all my  medical documents. I even sent her a copy of two letters to HCPOP and
24. a cover sheet for her to send them certified mail and every time I try to send them to
25. HCPOP CDCR diverts them. So They are failing to give me or my sister Kathy Hope these
26. HCPOP medical documents that she has permission from me to receive. Power of Attorney
27. for me so she can receive all my records from CDCR and this Medical Dept. But they are
28. refusing to give these documents to either one of us. This is why I need discovery to

1. retreve these important documents that will show the violations and how I was always

2. a permenant inmate patient. My sisters will testify to these facts. They have documented

3. evidence of these actions herein by these individuals and how they are denying both of

4. us these documents that will prove my case.

5.     69. This can all be proven in discovery. They did text, and E-Mail and make phone calls

6. not just to each other but also to other correctional staff and the Warden. But I must be

7. allowed discovery to prove this. These type of electronic's never go away, they can't erase

8. it. It is there for ever. Not only this but I will also be able to retrieve all of the

9. Health Care Placement Over-sight Program-HCPOP documents that will clearly show my medical

10. conditions, why I was placed permanent into OHU due to my cedical conditions deteriorating

11. and also all the diagnistic data used to place me. Then also how I was wrongly removed from

12. OHU by these defendants'. But I must be afforded the right to discovery so I can retreve

13. these crutial documents that will shed light upon my claims. Because CDCR this medical

14. Dept. are refusing to give them to me.

15.     70. For all of these reasons set forth. The defendants' each and every one of them

16. did in fact violate my constitutional rights to be free from harm. Defendants' J. Thurmon,

17. F. Mohmand, C. Rodriguez, RN. J. Reyon, Dr. Dhillon, and Dr. Osmond did in fact cause

18. plaintiff severe harm and they are all liable for their actions in this complaint.

19.

20.                         VII. CAUSE OF ACTION
                                COUNT I.

21.

22.    Plaintiff was subjected to retaliation in violation of the First Amendment

23.    71. Plaintiff incorporates paragraph 1 through 71 as though they were stated fully

24. herein.

25.    72. Defendants F. Mohmand, C. Rodriguez, J. Reyon, Dr. Osmond, Dr. Dhillon J. Thurmon

26. and 10 (DOES) violated plaintiff's First Amendment Rights to be free from Retaliation.

27. Plaintiff was being purposly targeted by C/O F. Mohmand, C. Rodriguez, RN. J. Reyon,

]28. Dr. Dhillon, Dr. Osmond and Lieutenant J. Thurmon but instead of these defendants' stopping

-24-

1. they continued their actions, this was their matter. I filed and submitted (8)Eight 602

2. grievances depicting out-right retaliation, but instead of it stopping it esculated in

3. deliberate attacks. I informed CDCR of a racist, hate crime done by these defendants'

4. and they hid these facts and violated my Constitutional Right to be free from retaliation.

5.                          VIII. CAUSE OF ACTION
                               COUNT II
6.

7.     Plaintiff was denied his right to Freedom of Religion, in violation of the First

8. Amendment  to the constitution. Including under the Relifious Land Usuage and institution-

9. alized Persons Act-Rluipa, and under RAFA.

10. 73. Plaintiff incorporates paragraph 1 through 73 as though they were stated fully

11. herein.

12.     74. Defendants' F. Mohmand and C. Rodriguez violated plaintiffs First Amendment Rights

13. to be free to practice his religion without fear of retaliation. Each defendant knew

14. that plaintiff was a Jewish inmate practicing his religious beliefs and rituals which

15. include prayers and food together. I must stand facing East towards Israel. I must clens

16. and purify my place for eating my meals. I must say all my prayers prior to and during

17. and after my meals or else I sin against my G-d. He has commanded this and it is up to

18. me to keep His Commandments. But due to these defendants' I was denied this and I was

19. starved and my food thrown on the floor and then kicked in my cell defiling my food and

20. my religious practices/prayers. I had to throw the food away. this was done deliberately

21. to me by these defendants to thwart my prayers and food practices and they both caused

22. me to sin. I was unable to keep G-d's commandments that I mus perform. I was also ran off

23. of my Kosher Meals by these defendants' also, based on my Race and Religion.

24.                          IX. CAUSE OF ACTION
                               COUNT III
25.

26.     Plaintiff was denied his right to be free from cruel and unusual punishment in violation

27. of the Eighth Amendment to the Constitution.

28.     75. Plaintiff incorporates paragraph 1 through 75 as though they were stated fully herein

1.    76. Defendants' F. Mohmand, C. Rodriguez, Dr. BA Dhillon, Dr. Osmond R.N. J. Reyon

2. violated plaintiff's Eighth Amendment Rights to be free from Cruel and Unusual Punishment

3. without fear of retaliation. Each defendant' violated my needed medical care and they

4. all came to a meeting of the minds to accomplish removing plaintiff out of OHU and taking

5. away his needed medical care. They caused plaintiff to suffer in severe pain, placed him

6. into Add/Seg. where I was left to suffer and or die. Forece me into general population

7. knowing plaintiff was unable to care for and protect himself from Covid-19, and from

8. assault. Plaintiff was left to fend for himself where he was brutally attacked by two

9. Active inmates just minuets apart and my jaw broken in two places. I was left to start

10. all my medical care over and it took (4)four years to finally receive the proper treatment

11. I was sent here to get in OHU. I suffered and continue to suffer in debilitating pain. I

12. just received one of two surgerys. The first one was surgery on my lower back to place

13. a Spinal Cord Stimulator into my lower spine so I can again walk. This was done on 2/12/24

14. two. I am awaiting the second Spinal Cord Stimulator to be placed into my upper spine to

15. correct this issue. Because of the defendants' illegal removal from OHU and the stopping

16. of all my medical care they caused plaintiff to be harmed by their actions herein. And

17. I was and am forced to suffer for over four years in severe pain or to die which ever

18. comes first.

19.                         X. CAUSE OF ACTION
                              COUNT IIII
20.

21.    Plaintiff was denied his right to Due Process; Deliberate Indifference to Medical

22. Care; Equal Protection; Racism, and Failure-to-Protect in violation of the Fourteenth

23. Amendment to the Constitution.

24.    77. Plaintiff incorporates paragraph 1 through 78 as though they were stated fully

25. herein.

26.    78. Defendants' F. Mohmand, C.Rodriguez, J. Thurmond, R.N. J. Reyon, Dr. BA. Dhillon,

27. Dr. Osmond violated plaintiff's fourteenth Amendment Rights to Due Process, Deliberate

28. Indifference to Medical Card, Equal Protection, Failure-To-Protect without fear of

1. retaliation. each defendant knew that plaintiff was being purposly targeted by C/O's
2. F. Mohmand, C.Rodriguez. But instead these defendants' joined in. They were all aware of
3. the pattern, they were all aware of the out-right retaliation. They were very aware of
4. the esculation in deliberate attacks from F. Mohmand against me but instead of interveening
5. they joined together in this retaliation and each one of them contributing to it. I was
6. targeted by all the defendants' because I informed them of a racist hate crime done by
7. C/O's F. Mohmand and C. Rodriguez and they "ALL" participated in causing me harm and that
8. they hid the facts. They "ALL" caused me a real harm, they took away my needed medical
9. care, leaving me in severe pain to suffer or die, placed me into Add/Seg. and gave me more
10. time to my sentence, placed me in General Population where I was immediately exposed to
11. covid 19 to which I caught 4 times, was jumped by two active inmates at two different
12. times minuets apart and got my jaw brok in two places  due to me not being able to
13. defend myself due to my medical conditions. I had to wait 4 years to receive the needed
14. treatment, surgery a Spinal Cord Stimulator into my lower spine and I am awaiting the
15. second one. This was suppose to be done in OHU to which I was wrongfully discharged and
16. deliberately placed into harms way. All my Constitutional Rights were violated here by
17. these defendants' who caused me a real harm and knowingly violated my Fourteenth Amendment
18. Right to the Constitution.

19.    79. For all of these reasons, facts set forth. This Honorable Court should find that
20. all of these defendants' herein did in fact violate plaintiff's Constitutional Rights
21. and plaintiff should be allowed to proceed forward with this complaint.
22.                         XI. PRAYER FOR RELIEF
23. Wherefore, Plaintiff respectfully prays that this Court:
24. A. Declare that the acts and omissions described herein violated plaintiff's rights
25. under the Constitution and laws of the United States;
26. B. Order defendants' to pay Compensatory and Punitive damages;
27. C. Order defendants' to pay reasonable attorney fees and costs; and
28. D. Grant other just and equitable relief that this Honorable Court deems just and necessary.

1.    Pursuant to 28 U.S.C. §1746, I William  Garcia declare and verify under penalty of

2. perjury that the foregoing is true and correct under the laws of theUnited States of

3. America. Executed on this ___5___ day of September, 2024.

4.

5.

6.

7.

8.

9.

10.

11.                                              X. _William Garcia_

12.                                                  William Garcia
                                                     J-77945 C-Dorm-178L
13.                                                  California Medical Facility
                                                     P.O. Box 2000
14.                                                  Vacaville, CA. 95696

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

Proof of Service by Mail

I declare that:

I am (resident of / employed in) the county of _Solano_, California.

I am over the age of eighteen years, my (business / residence) address is:

> William Garcia
> J-77945 C-Dorm-173 L
> California Medical Facility
> P.O Box 2000
> Vacaville CA. 95696

On _9/5/24_, I served the attached _Amended Complaint_

on the parties listed below in said case, by placing a true copy thereof enclosed in

a sealed envelope with postage thereon fully paid, in the United State mail at

_Vacaville, CA. 95696_ addressed as follows:

> Eastern District Court
> Sacramento CA. 95814-2322
> Office of the Clerk
> 501 I Street Suite 4-200

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, and that this declaration was executed on

(date) _9/5/24_, at _CMF State Prison_, California.

Type or print name _William Garcia_

Signature _William Garcia_