**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM PATRICK GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>F. MOHMAND, et al.,<br><br>Defendants. | No. 2:22-CV-2159-TLN-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion for screening of Plaintiff's first amended complaint pursuant to the Prison Litigation Reform Act (PLRA). See ECF No. 26.

        Plaintiff initiated this action with a pro se complaint filed on December 5, 2022. See ECF No. 1. On August 8, 2023, the Court determined the complaint was appropriate for service on Defendants Mohmand, Rodriguez, Cueva, Snelling, Ali, Thurmon, Leali, Fisk, Ancheta, Hurtado, Brown, Osmond, Dhillon, and Reyon. See ECF No. 9. Defendants waived service on October 13, 2023.[1] See ECF No. 14. On November 9, 2023, Defendants filed a motion to dismiss. See ECF No. 15. The motion was granted in part and denied in part on September 6, 2024, and Plaintiff was directed to file a first amended complaint. See ECF No. 24.

---

    [1]    According to Defendants, the true name of the individual sued as "J. Ali" is Janan Cavagnolo.

Plaintiff filed the operative first amended complaint on the same day.[2]  See ECF No. 25.

Because the sufficiency of Plaintiff's allegations has been addressed by the Court on two occasions – the initial screening order and the final ruling on Defendants' motion to dismiss – the Court declines to screen the allegations further.  To the extent Defendants continue to believe the first amended complaint is deficient, Defendants may file an appropriation motion pursuant to Federal Rule of Civil Procedure 12(b).

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to terminate the following as defendants: D. Cueva; C. Snelling; J. Ali; C. Leali; K. Fisk; K. Ancheta; D. Hurtado; R. Brown; and J. Cavagnola.

2. Defendants' motion for screening, ECF No. 26, is denied.

3. Defendants shall file a response to Plaintiff's first amended complaint, either by way of answer or further motion pursuant to Federal Rule of Civil Procedure 12(b), within 30 days of the date of this order.

Dated:  November 13, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff names the following as defendants: (1) F. Mohmand; (2) C. Rodriguez; (3) Osmond; (4) Dhillon; (5) J. Reyon; and (6) J. Thurmon.  The Clerk of the Court will be directed to update the docket accordingly.