IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM GARCIA,**<br><br>                                            Plaintiff,<br><br>        v.<br><br>**MOHMAND, et al.,**<br><br>                                            Defendants. | Case No. 2:22-cv-2159-TLN-DMC-P<br><br>**ORDER** |

   Having considered the Defendants motion, ECF No. 29, for an extension of the deadline to respond to Plaintiff's First Amended Complaint and for good cause appearing, the Court GRANTS the motion.

   **IT IS HEREBY ORDERED** that the deadline to file a Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b), and/or otherwise respond to the First Amended Complaint shall be due by January 27, 2025.

   **IT IS SO ORDERED.**

Dated:  December 11, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE