IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM GARCIA,**<br><br>           Plaintiff,<br><br>    v.<br><br>**MOHMAND, et al.,**<br><br>           Defendants. | Case No. 2:22-cv-2159-TLN-DMC-P<br><br>**ORDER** |

Plaintiff William Garcia is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed on January 29, 2025, this case was referred to the Court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for 120 days. (ECF No. 32). That order provided Defendants the opportunity to request opting out of the early ADR based on a good faith belief that a settlement conference would be a waste of resources. (*Id.* at 2). Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted. Having reviewed the request, the Court finds good cause to grant it.

\\\
\\\
\\\
\\\

1

1  Good case appearing, **IT IS HEREBY ORDERED** that:

2  1. Defendants' motion to opt out of the Post-Screening ADR Project is **GRANTED**.

3  2. The ADR stay of this action, commencing January 29, 2025 (ECF No. 32), is

4  **LIFTED**.

5  Dated: March 17, 2025

6  _____
   DENNIS M. COTA
7  UNITED STATES MAGISTRATE JUDGE

2

Order Granting Defs.' Mot. to Opt Out (Case No. 2:22-cv-02159-TLN-DMC)