IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM PATRICK GARCIA,

Plaintiff,

v.

F. MOHMAND, et al.,

Defendants.

No.  2:22-CV-2159-TLN-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to vacate the dispositive motion filing deadline pending a final ruling on Defendants' amended motion for terminating sanctions.  See ECF No. 53.  Good cause appearing therefor, Defendants' motion will be granted and the dispositive motion filing deadline will be vacated.  Defendants' amended motion for terminating sanctions, which is now fully briefed, will be addressed by separate findings and recommendations.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.   Defendants' motion to vacate the dispositive motion filing deadline, ECF No. 53, is granted.

2.   The deadline for filing dispositive motion is vacated pending a final ruling on Defendants' amended motion for terminating sanctions.

Dated:  June 23, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE